UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TY HARRIS,**<br><br>      **Plaintiff,**<br><br>           v.<br><br>**CHARLES R. RAMSEY, CHIEF,**<br>**District of Columbia Metropolitan**<br>**Police Department,** *et al.,*<br><br>      **Defendants.** | **Civil Action No. 06-0638 (RJL)** |

## MOTION FOR EXTENSION OF TIME TO EFFECT SERVICE OF PROCESS

Plaintiff Ty Harris, through counsel, respectfully submits this motion to extend time to serve Officer J. K. Tolliver for sixty (60) days, up to and including August 4, 2006. The deadline to serve the Defendants is June 5, 2006. Good cause exists to grant this motion.

Mr. Harris filed his Complaint on April 6, 2006. At that time, Mr. Harris did not know Officer Tolliver's address. On May 23, 2006, Mr. Harris served the Summons and Complaint, and initial interrogatories requesting Officer Tolliver's address, on Defendants District of Columbia and Metropolitan Police Department (MPD).

Mr. Harris expects the District of Columbia or MPD to respond to his discovery requests with information sufficient to serve Officer Tolliver. However, Mr. Harris does not expect these responses before the June 5, 2006, service deadline because the discovery requests are not due until June 22, 2006.

An extension will provide Mr. Harris adequate time to effect service of process on Officer Tolliver. The Defendants will not be prejudiced in any way because this action has just begun.

Mr. Harris' counsel was not able to consult with counsel for the Defendants pursuant to Local Rule 7(m), because no counsel have entered an appearance on behalf of any of the Defendants.

## CONCLUSION

In light of the above, this Court should grant an extension of sixty (60) days, up to and including August 4, 2006, to serve Defendant Officer J. K. Tolliver.

Respectfully submitted,

May 31, 2006

_____/s/_____
Edward J. Elder #460588
James R. Klimaski #243543
KLIMASKI & ASSOCIATES, P.C.
1819 L Street NW
Suite 700
Washington, DC  20036-3830
202-296-5600

**Counsel to Ty Harris**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TY HARRIS,<br><br>      **Plaintiff,**<br><br>      v.<br><br>**CHARLES R. RAMSEY, CHIEF,**<br>**District of Columbia Metropolitan**<br>**Police Department,** *et al.,*<br><br>      **Defendants.** | Civil Action No. 06-0638 (RJL) |

### ORDER

Upon consideration of Plaintiff's Motion for Extension of Time to Effect Service of Process it is hereby:

**ORDERED** that Plaintiff shall have an additional sixty (60) days, up to and including August 4, 2006, to serve Officer J. K. Tolliver with the summons and complaint.

      **SO ORDERED.**


_____          _____
Date                              Richard J. Leon, Judge
                                  United States District Court
                                  for the District of Columbia


Copies to:

Counsel via ECF.