Case 1:06-cv-00638-RJL     Document 3-2     Filed 05/31/2006     Page 1 of 2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TY HARRIS,** <br><br> **Plaintiff,** <br><br> v. <br><br> **CHARLES R. RAMSEY, CHIEF,** **District of Columbia Metropolitan Police Department,** *et al.,* <br><br> **Defendants.** | **Civil Action No. 06-0638 (RJL)** |

### ORDER

Upon consideration of Plaintiff's Motion for Extension of Time to Effect Service of Process it is hereby:

**ORDERED** that Plaintiff shall have an additional sixty (60) days, up to and including August 4, 2006, to serve Officer J. K. Tolliver with the summons and complaint.

**SO ORDERED.**

_____          _____
Date                                                                  Richard J. Leon, Judge
                                                                             United States District Court
                                                                             for the District of Columbia

Copies to:

Counsel via ECF.