UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TY HARRIS,

    Plaintiff,

    v.

CHARLES R. RAMSEY, CHIEF,
District of Columbia Metropolitan
Police Department, *et al.*,

    Defendants.

Civil Action No. 06-0638 (RJL)

Answer due on or about June 20, 2006

### Affidavit of Service by Certified Mail
### of the *Summons and Complaint*
### on May 31, 2006

I hereby swear, under penalty of perjury, that the following statements are true and correct to the best of my knowledge, recollection, and belief.

Defendant Charles R. Ramsey, Police Chief, Metropolitan Police Department of the District of Columbia (MPD), was served with the Complaint and Summons in this matter by Certified Mail on or about May 31, 2006.

**Proof of Service effected with regard to Defendant MPD Chief Charles Ramsey:**

Certified Mail piece numbered 7003-1010-0000-5245-9740 addressed to MPD Chief Charles Ramsey — at his offices located at 300 Indiana Avenue NW in Washington, DC 20001 — was returned to counsel for Plaintiff and signed for as received by an R. Hazel at Chief Ramsey's office on or about May 31, 2006. See the attached PS Form 3811, the Domestic Return Receipt green card for Certified Mail,

which was postmarked May 31, 2006, on its return to Plaintiff's counsel, even though R. Hazel neglected to respond in the Form's Box C for date of delivery.

I also certify that I am an adult male U.S. citizen, and not a party to this matter.

June 2, 2006

_____
W. Jon Pinkus

Klimaski and Associates, P.C.
1819 L Street NW
Suite 700
Washington DC  20036-3830
202-296-5600

## CERTIFICATE OF SERVICE

I certify that an electronic PDF copy of the foregoing *Affidavit of Service of the Summons and Complaint* will be available to defendants' counsel on this Court's website as they enter their appearance or monitor the case with a federal PACER account. Faxed or mailed copies will also be available on request.

_____
Jon Pinkus
Klimaski & Associates, PC

Certified Mail

Return Receipt

Service of

Summons and Complaint

on May 31, 2006

Harris v. Ramsey, *et al.*

U.S. District Court

for the District of Columbia

06-0638 (RJL)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br>MPD Chief Charles Ramsey<br>Office of the Chief of Police<br>300 Indiana Ave. NW<br>Washington DC  20001 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 1010 0000 5245 9740 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540



UNITED STATES POSTAL SERVICE
SOUTHERN MD 20[?]
31 MAY 2006 PM 2

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Klimaski & Associates, PC
1819 L Street NW
Suite 700
Washington DC  20036

JUN 0 1 2006
rec'd @
Klimaski &
assocs.

T. Harris Svc.