UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TY HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES R. RAMSEY, CHIEF,<br>District of Columbia Metropolitan<br>Police Department, *et al.*,<br><br>    Defendants. | Civil Action No. 06-0638 (RJL)<br><br>Answer due on or about June 20, 2006 |

### Affidavit of Service by Certified Mail
### of the *Summons and Complaint*
### on the D.C. Attorney-General on May 31, 2006

I hereby swear, under penalty of perjury, that the following statements are true and correct to the best of my knowledge, recollection, and belief.

Defendant District of Columbia was served with the Complaint and Summons in this matter by Certified Mail on May 31, 2006.

**Proof of Service effected with regard to Defendant District of Columbia:**

Certified Mail piece numbered 7003-1010-0000-5245-9764, addressed to D.C. Attorney General Robert Spagnoletti at his offices located at 441 4th Street NW in Washington, DC 20001 was returned to counsel for Plaintiff and signed for as received by a member of Mr. Spagnoletti's staff at his office on May 31, 2006, as indicated on the attached PS Form 3811, the Domestic Return Receipt green card for Certified Mail.

I also certify that I am an adult male U.S. citizen, and not a party to this matter.

June 9, 2006

_____
W. Jon Pinkus

Klimaski and Associates, P.C.
1819 L Street NW
Suite 700
Washington DC  20036-3830
202-296-5600

## CERTIFICATE OF SERVICE

I certify that an electronic PDF copy of the foregoing *Affidavit of Service by Certified Mail of the Summons and Complaint on the D.C. Attorney-General on May 31, 2006,* will be available to defendants' counsel on this Court's website as they enter their appearance or monitor the case with a federal PACER account.  Faxed or mailed copies will also be available on request.

_____
Jon Pinkus
Klimaski & Associates, PC

Certified Mail

Return Receipt

Service of

Summons and Complaint

on the D.C. Attorney-General

on May 31, 2006

Harris v. Ramsey, *et al.*

U.S. District Court

for the District of Columbia

06-0638 (RJL)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert J. Spagnoletti
D.C. Attorney-General
441 4th St. NW
Washington DC  20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   G. Du___                         5-31-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7003 1010 0000 5245 9764

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box *

Klimaski & Associates, PC
1819 L Street NW
Suite 700
Washington DC  20036

JUN 0 5 2006

rec'd back
@ K&A _[initials]_

T. Harris Svc.