UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TY HARRIS,<br><br>　Plaintiff,<br><br>　v.<br><br>CHARLES R. RAMSEY, CHIEF,<br>District of Columbia Metropolitan<br>Police Department, *et al.*,<br><br>　Defendants. | Civil Action No. 06-0638 (RJL)<br><br>Answer due on or about June 20, 2006 |

## Affidavit of Service by Certified Mail
## of the *Summons and Complaint*
## on D.C. Mayor Anthony Williams on June 2, 2006

　I hereby swear, under penalty of perjury, that the following statements are true and correct to the best of my knowledge, recollection, and belief.

　Defendant District of Columbia and Defendant Charles Ramsey were served with the Complaint and Summons in this matter by Certified Mail on May 31, 2006.  The additional required service of such a complaint on the Mayor of the District of Columbia, Anthony A. Williams, was effected by Certified Mail on June 2, 2006.

**Proof of Service effected with regard to District of Columbia Mayor Williams:**

　Certified Mail piece numbered 7003-1010-0000-5245-9757, addressed to D.C. Mayor Anthony Williams — at his offices located at 441 4th Street NW in Washington, DC  20001 — was returned to counsel for Plaintiff and signed for as received by M. Smith at Mayor Williams' office on June 2, 2006, as indicated on the attached PS Form

3811, the Domestic Return Receipt green card for Certified Mail returned to Plaintiff's counsel.

I also certify that I am an adult male U.S. citizen, and not a party to this matter.

June 7, 2006

_____
W. Jon Pinkus

Klimaski and Associates, P.C.
1819 L Street NW
Suite 700
Washington DC  20036-3830
202-296-5600

## CERTIFICATE OF SERVICE

I certify that an electronic PDF copy of the foregoing *Affidavit of Service by Certified Mail of the Summons and Complaint on D.C. Mayor Anthony Williams on June 2, 2006,* will be available to defendants' counsel on this Court's website as they enter their appearance or monitor the case with a federal PACER account.  Faxed or mailed copies will also be available on request.

_____
Jon Pinkus
Klimaski & Associates, PC

Certified Mail

Return Receipt

Service of

Summons and Complaint

on D.C. Mayor Anthony Williams

on June 2, 2006

Harris v. Ramsey, *et al.*

U.S. District Court

for the District of Columbia

06-0638 (RJL)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mayor Anthony A. Williams
Office of the Mayor of D.C.
441 4th St. NW
Washington DC  20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _M. Smith_
☐ Agent
☐ Addressee

B. Received by (Printed Name): DC Gov't
C. Date of Delivery: 6-2-2006

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

JUN 0 6 2006

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)    7003 1010 0000 5245 9757

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540