UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TY HARRIS, | ) |
|       Plaintiff, | ) |
| | ) Civil No. 1: 06CV00638 (RJL) |
| CHIEF CHARLES RAMSEY, et al., | ) |
|       Defendants. | ) |

CONSENT MOTION FOR ENLARGEMENT OF TIME

The defendants, Chief Charles Ramsey and the District of Columbia by and through counsel, respectfully move pursuant to Federal Rules of Civil Procedure, Rule 6(b) to enlarge the time in which to respond to Plaintiff's Verified Complaint for Relief. Defendants request up to and including July 14, 2006. Plaintiff's counsel has been contacted and he consents to the to the requested relief. .

The additional time is needed for counsel for the aforementioned defendants to investigate this matter, consult with the client and or agency and to draft an appropriate response.

Wherefore, defendants Charles Ramsey and the District of Columbia respectfully request that this Court expand the time to file a responsive pleading up to and including July 14, 2006.

Respectfully submitted,

ROBERT SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

      Kimberly M. Johnson
_____
      KIMBERLY M. JOHNSON (#435163)
      Section Chief, General Litigation Section I


_____
      MELVIN W. BOLDEN, JR. ( # 1921790)
      Assistant Attorney General
      441 Fourth St., N.W.
      Sixth Floor South
      Washington, D.C. 20001
      (202) 724-5695

## CERTIFICATE OF SERVICE

    I certify that on the    day of June, 2006, a copy of the foregoing motion, with memorandum and proposed order was electronically served on Edward J. Elder, Klimaski and Associates.

      Melvin W. Bolden, Jr.
      Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TY HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 1: 06CV00638 (RJL) |
| | ) |
| CHIEF CHARLES RAMSEY, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO THE VERIFIED COMPLAINT
FOR RELIEF

1. Federal Rules of Civil Procedure, Rule 6 (b).

2. Plaintiff's consent.

3. The reasons set forth in the motion.

4. The record herein.

    Respectfully submitted,

    ROBERT SPAGNOLETTI
    Attorney General for the
    District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    _____
    KIMBERLY MATTHEWS JOHNSON ( #435163)
    Section Chief, General Litigation Section I

                                                  _____
MELVIN W. BOLDEN, JR. (# 192179  )
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TY HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 1: 06CV00638 (RJL) |
| | ) |
| CHIEF CHARLES RAMSEY, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

ORDER

Upon consideration of the Consent Motion for Enlargement of Time, plaintiff's consent thereto, and the record herein, it is by the Court, this ___day of June, 2006

ORDERED: that the consent motion for enlargement of time to respond to Plaintiff's Verified Complaint for Relief be, and hereby is GRANTED; and it is

FURTHER ORDERED: that the defendants' Chief Charles Ramsey and the District of Columbia shall have up to and including July 14, 2006 to file a response to Plaintiff's Verified Complaint for Relief.

_____
RICHARD   J. LEON
United States District Judge