UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TY HARRIS,**  Plaintiff,  v.  **CHARLES R. RAMSEY, CHIEF,** District of Columbia Metropolitan Police Department, *et al.,*  Defendants. | Civil Action No. 06-0638 (RJL) |

### MOTION FOR EXTENSION OF TIME TO EFFECT SERVICE OF PROCESS

Plaintiff Ty Harris, through counsel, respectfully submits this motion to extend time to serve Officer J. K. Tolliver for sixty (60) days, up to and including October 3, 2006. The deadline to serve this Defendant is August 4, 2006. Good cause exists to grant this motion.

Mr. Harris filed his Complaint on April 6, 2006. At that time, Mr. Harris did not know Officer Tolliver's address. On May 23, 2006, Mr. Harris served the Summons and Complaint, and initial interrogatories requesting Officer Tolliver's address and other contact information, on Defendants District of Columbia and Metropolitan Police Department (MPD).

On May 31, 2006, Mr. Harris filed a Motion for Extension of Time to Effect Service of Process (Motion). Mr. Harris' Motion requested an extension until August 4, 2006, to serve Officer Tolliver. On June 12, 2006, this Court granted Mr. Harris' Motion.

Mr. Harris expected the District of Columbia or MPD to respond to his discovery requests with information sufficient to serve Officer Tolliver. However, the District of Columbia has refused to respond to his discovery requests in any way. The Defendants have not responded

in writing, and, in a July 26, 2006, telephone conversation, counsel for the District of Columbia refused a direct request to provide contact information for Officer Tolliver.

Mr. Harris has made diligent efforts to serve this Defendant.  Process servers have attempted to serve Officer Tolliver at his place of employment, the Second Police District Station, many times in the last two months.  When Mr. Harris' process servers have attempted service they either have been unable to locate Officer Tolliver, or Officer Tolliver has refused to make himself available for service.

An extension will provide Mr. Harris time to file a motion to compel responses to his discovery requests.  An extension will also provide Mr. Harris additional time to effect service of process on Officer Tolliver.  The Defendants will not be prejudiced in any way because this action has just begun.

Mr. Harris' counsel has consulted with counsel for the Defendants pursuant to Local Rule 7(m).  Defendants have taken no position on this motion.  A proposed order is attached.

## CONCLUSION

In light of the above, this Court should grant an extension of sixty (60) days, up to and including October 3, 2006, to serve Defendant Officer J. K. Tolliver.

Respectfully submitted,

July 31, 2006

_____/s/_____
Edward J. Elder #460588
James R. Klimaski #243543
KLIMASKI & ASSOCIATES, P.C.
1819 L Street NW
Suite 700
Washington, DC  20036-3830
202-296-5600

*Counsel to Ty Harris*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TY HARRIS,**<br><br>    Plaintiff,<br><br>    v.<br><br>**CHARLES R. RAMSEY, CHIEF,**<br>**District of Columbia Metropolitan**<br>**Police Department,** *et al.,*<br><br>    Defendants. | Civil Action No. 06-0638 (RJL) |

**ORDER**

Upon consideration of Plaintiff's Motion for Extension of Time to Effect Service of Process it is hereby:

**ORDERED** that Plaintiff shall have an additional sixty (60) days, up to and including October 3, 2006, to serve Officer J. K. Tolliver with the summons and complaint.

   **SO ORDERED.**


_____          _____
Date                             Richard J. Leon
                                 United States District Judge

Copies to:

Counsel via ECF.