UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TY HARRIS,**<br><br>     Plaintiff,<br><br>     v.<br><br>**CHARLES R. RAMSEY, CHIEF,**<br>**District of Columbia Metropolitan**<br>**Police Department,** *et al.,*<br><br>     Defendants. | Civil Action No. 06-0638 (RJL) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO EFFECT SERVICE OF PROCESS

Plaintiff Ty Harris, through counsel, respectfully submits this Memorandum of Points and Authorities in support of his Motion for Extension of Time to Effect Service of Process upon Officer J. K. Tolliver (the "Motion").

In support of the Motion Mr. Harris states:

1. Federal Rule of Civil Procedure 6(b) allows this Court to enlarge time to serve Officer Tolliver.

2. Mr. Harris will file a motion to compel responses to his discovery requests shortly. Defendant's responses will greatly aid Mr. Harris' service efforts. Sixty days will allow sufficient time to brief and rule on the motion to compel.

3. Mr. Harris will continue to attempt to serve Officer Tolliver. He expects to be able to serve Officer Tolliver on or before October 3, 2006.

4. The Defendants have not opposed the Motion.

                Respectfully submitted,

July 31, 2006                                                             _____/s/_____
                Edward J. Elder #460588
                James R. Klimaski #243543
                KLIMASKI & ASSOCIATES, P.C.
                1819 L Street NW
                Suite 700
                Washington, DC  20036-3830
                202-296-5600

                ***Counsel to Ty Harris***