UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TY HARRIS,** <br><br> **Plaintiff,** <br><br> v. <br><br> **CHARLES R. RAMSEY, CHIEF,** <br> **District of Columbia Metropolitan** <br> **Police Department,** *et al.,* <br><br> **Defendants.** | **Civil Action No. 06-0638 (RJL)** |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION**

Plaintiff Ty Harris, through counsel, respectfully submits this motion to extend time up to and including August 18, 2006, to respond to Defendant District of Columbia and Chief Charles Ramsey's July 24, 2006, Motion to Dismiss. The current deadline to respond is August 4, 2006. Good cause exists to grant this motion.

Defendants Chief Ramsey and the District of Columbia filed their motion to dismiss on July 24, 2006. Local Rule of Civil Procedure 7(b) requires Mr. Harris respond within 11 days. This time period expires on August 4, 2006.

Counsel for Mr. Harris long ago scheduled depositions for the week of July 31-August 4, 2006. He will be taking or defending depositions on July 31, August 2, August 3, and August 4, 2006, in addition to handling other matters. Mr. Harris' counsel will not be able to complete his opposition by August 4, 2006, because of this heavy schedule.

In addition, Edward Elder, one of Mr. Harris' counsel, will be out of town on business on August 4, 2006. He will not be able to work on, or file an opposition on that date.

Mr. Harris' counsel has consulted with counsel for the Defendants pursuant to Local Rule 7(m). Defendants consent to this motion.

## CONCLUSION

In light of the above, this Court should grant an extension of two weeks, up to and including August 18, 2006, to respond to Defendant's Motion.

Respectfully submitted,

August 2, 2006                            _____/s/_____
                                          Edward J. Elder #460588
                                          James R. Klimaski #243543
                                          KLIMASKI & ASSOCIATES, P.C.
                                          1819 L Street NW
                                          Suite 700
                                          Washington, DC  20036-3830
                                          202-296-5600

                                          **Counsel to Ty Harris**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TY HARRIS,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**CHARLES R. RAMSEY, CHIEF,**<br>**District of Columbia Metropolitan**<br>**Police Department,** *et al.,*<br><br>    **Defendants.** | **Civil Action No. 06-0638 (RJL)** |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION

Plaintiff Ty Harris, through counsel, respectfully submits this Memorandum of Points and Authorities in support of his Consent Motion for Extension of Time to File an Opposition to Defendant District of Columbia and Charles Ramsey's Motion to Dismiss (the "Motion").

In support of his motion, Mr. Harris states:

1. Federal Rule of Civil Procedure 6(b) allows this Court to extend the time to file an opposition.

2. The current deadline to file Mr. Harris' opposition to Defendant's Motion is August 4, 2006.

3. Plaintiff's attorneys have depositions scheduled on July 31, August 2, August 3, and August 4, 2006.

4. Edward Elder, counsel for Mr. Harris, will be out of town on August 4, 2006, and could not file an opposition that date.

5. The Defendants consent to this extension.

                                          Respectfully submitted,

August 2, 2006                              _____/s/_____
                                          Edward J. Elder #460588
                                          James R. Klimaski #243543
                                          KLIMASKI & ASSOCIATES, P.C.
                                          1819 L Street NW
                                          Suite 700
                                          Washington, DC  20036-3830
                                          202-296-5600

                                          ***Counsel to Ty Harris***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TY HARRIS,**<br><br>  **Plaintiff,**<br><br>  v.<br><br>**CHARLES R. RAMSEY, CHIEF,**<br>**District of Columbia Metropolitan**<br>**Police Department,** *et al.,*<br><br>  **Defendants.** | **Civil Action No. 06-0638 (RJL)** |

### ORDER

Upon consideration of Plaintiff's Consent Motion for Extension of Time to File Opposition, it is hereby:

**ORDERED** that Plaintiff shall have up to and including August 18, 2006, to file his opposition to Defendants District of Columbia and Charles Ramesy's Motion to Dismiss.

**SO ORDERED.**

_____     _____
Date                                                            Richard J. Leon
                                                                     United States District Judge

Copies to:

Counsel via ECF.