UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TY HARRIS,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**CHARLES H. RAMSEY, CHIEF,**<br>**District of Columbia Metropolitan**<br>**Police Department,** *et al.,*<br><br>    **Defendants.** | Civil Action No. 06-0638 (RJL) |

**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

1. Plaintiff, Ty Harris, through Counsel, respectfully files this motion, pursuant to Federal Rule of Civil Procedure (FRCP) 15(a), to amend his complaint. Mr. Harris' amendments add claims for negligent training, supervision, investigation and correction of improper actions by the District of Columbia and Chief Charles H. Ramsey, and respondeat superior. These changes do not materially alter this action's nature, and do not prejudice the Defendants. The amendments will serve the interests of justice.

2. Mr. Harris' counsel has attempted to consult with counsel for Defendants. Despite Mr. Harris' counsel's sending copies of this motion and the amended complaint to Defendant's counsel, he was unable to ascertain Defendants counsel's position regarding this motion.

3. A memorandum of points and authorities, an Amended Complaint, and a proposed order accompany this motion.

                                        Respectfully submitted,

August 18, 2006                By: _____/s/_____
                                        Edward J. Elder, No. 460588
                                        James R. Klimaski, No. 243543
                                        Klimaski & Associates, P.C.
                                        1819 L Street NW
                                        Suite 700
                                        Washington, DC  20036
                                        202-296-5600
                                        Klimaski@Klimaskilaw.com
                                        Elder@Klimaskilaw.com

                                        ***Attorneys for Plaintiff***