UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TY HARRIS,**<br><br>    **Plaintiff,**<br><br>         v.<br><br>**CHARLES H. RAMSEY, CHIEF,**<br>**District of Columbia Metropolitan**<br>**Police Department,** *et al.,*<br><br>    **Defendants.** | Civil Action No. 06-0638 (RJL) |

## ORDER

Upon consideration of the Plaintiff's Motion to Amend Complaint, it is this _____ day of

_____, 2006:

**ORDERED** that Plaintiff's Motion is hereby **GRANTED**, and it is further

**ORDERED** that the Plaintiff's First Amended Verified Complaint for Relief is deemed filed.

**SO ORDERED.**

_____          _____
Date                                                                      Richard J. Leon, Judge
                                                                                United States District Court
                                                                                for the District of Columbia

Copies to:

Counsel via ECF.