UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**TY HARRIS,**

    **Plaintiff,**

    v.

**CHARLES H. RAMSEY, CHIEF,**
**District of Columbia Metropolitan**
**Police Department,** *et al.,*

    **Defendants.**

**Civil Action No. 06-0638 (RJL)**

## PLAINTIFF'S PROPOSED SCHEDULING ORDER

It is, this _____ , day of _____ , 2006, it is **ORDERED** that the following deadlines are set:

| | |
|---|---|
| Deadline for Rule 26(a) disclosures | September 20, 2006. |
| Opening Discovery:<br>(The day of the scheduling conference) | _____ |
| Expert Witness Reports Due<br>(90 days from close of discovery) | _____ |
| Responsive Expert Witness reports Due<br>(45 days from the close of discovery) | _____ |
| Deadline to Join Additional Parties<br>(90 days prior to close of discovery) | _____ |
| Deadline to Amend Pleadings<br>(60 days prior to close of discovery) | _____ |
| Discovery Closed<br>(240 days from the Scheduling Conference) | _____ |
| ADR (Mediation/Case Evaluation)<br>(Between the close of discovery and dispositive motions deadline) | _____ |

Dispositive Motions Deadline    _____
(45 days from the close of discovery)

Dispositive Motions Decided    _____
(45 days from filing of last reply, or 122 days from dispositive motions deadline)

Pretrial Conference    _____
(30 days from the final dispositive motions decision, or 45 days from the close of discovery)

It is also **ORDERED**, that each party be allowed to serve up to twenty-five (25) interrogatories, inclusive of subparts, upon each opposing party, up to twenty-five (25) requests for production of documents upon each opposing party, and hold up to ten (10) depositions.

**SO ORDERED.**

_____     _____
Date                                Richard J. Leon, Judge
                                    United States District Court
                                    for the District of Columbia


Copies to:

Counsel via ECF.