UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**TY HARRIS,**

    **Plaintiff,**

        v.

**CHARLES H. RAMSEY, CHIEF,**
**District of Columbia Metropolitan**
**Police Department,** *et al.,*

    **Defendants.**

**Civil Action No. 06-0638 (RJL)**

## ORDER

Upon consideration of the Plaintiff's Unopposed Motion for Extension of Time to Effect Service of Process and for Alternative Service ("Motion"), it is this _____ day of _____, 2006:

**ORDERED** that Plaintiff's Motion is hereby **GRANTED**, and it is further

**ORDERED** that the Plaintiff's is permitted to effect service upon Defendant Jeffery Karl Tolliver by regular mail to his home and place of business pursuant to Maryland Rule of Civil Procedure, Circuit Court 2-121(b).

    **SO ORDERED.**

_____      _____
Date      Richard J. Leon
     United States District Judge

Copies to Counsel via ECF.