U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

TY HARRIS

V.                                          CASE NO. 1:06CV638

CHIEF CHARLES RAMSEY, ET AL.

### AFFIDAVIT OF VINCENT PIAZZA -- Redacted[1]

I, Vincent Piazza, hereby depose and say:

That my place of employment is Capitol Process/Investigator Services, 1827 18th Street, N.W., Washington, D.C. 20009.

That I am not a party to or otherwise interested in this case.

That the following details the efforts made to locate and serve Officer T.K. Tolliver.

On June 2, 2006, my office received a SUMMONS AND VERIFIED COMPLAINT to serve on the defendant, Officer Tolliver.

In late August, 2006, I was provided a home address for Officer Tolliver by my office. My manager, David Felter, informed me that Officer Tolliver had stated to another employee of Capitol Process Services that he would not willingly accept the service documents. My office had developed information that the full name of Officer Tolliver is Jeffery Karl Tolliver, DOB: *****

On August 22, 24, 27, and 28, I attempted to serve Officer Tolliver at his home address at ******* ******** **** Maryland **** . I found that vehicles parked at the home, including a ******** truck: License Plate: ****** and a 1995 **** License Plate: ****** , are registered to Officer Tolliver. (SEE ATTACHED DMV RECORDS) On the occasions that I attempted service, however, I did not receive an answer at the door.

Accordingly, on August 30, at 3:30 p.m., while at the home, in an effort to clarify Sgt. Tolliver's schedule, I called the Second District Precinct and spoke with Officer Tolliver (His rank is Sergeant). I told Sgt. Tolliver that I was attempting to deliver to him the above referenced documents. Sgt. Tolliver stated that he would not willingly accept service. I indicated to Sgt. Tolliver that I would have to perform my job and attempt to deliver the documents to him. He replied that I should "do what you have to do but don't come on his property." I had been informed that Sgt. Tolliver usually reports to the Second District Police Station after or near 3:00 p.m. On occasions, my agents had attempted and failed to reach Sgt. Tolliver at the station on or near 3:00 p.m.

---

1   Redacted information is indicated with a series of ** asterisks.

On August 31, September 1, September 4 and September 6, I chose windows of time and conducted surveillance at the home of Sgt. Tolliver at ******** *******

On September 6, I conducted surveillance between the hours of 7:30 a.m. and 12:00 p.m. All of the cars I had seen and that had been reported as registered to Sgt. Tolliver were present at the home. In an effort to remain unseen by Sgt. Tolliver, I conducted surveillance from a position that was a fair distance from the home. At 11:50 a.m., a man who fit the description of Sgt. Tolliver (DMV records indicate he is a white male, 6'4" tall, 220 pounds, born in 1961) quickly exited the home but returned inside before I could approach the home. The man believed to be Sgt. Tolliver was wearing shorts and a tee shirt and appeared to be making a quick check of something outside of the home. At 11:55 a.m., I knocked on the door of the home but, though I could hear movement within, there was no answer.

Attempts were made to serve Officer Tolliver at the 2nd District Police Station on Idaho Avenue, N.W., Washington, D.C. On June 6 at 3:20 p.m. and June 7 at 3:00 p.m., an agent from my office was informed that Officer Tolliver was not in.

On June 7, at 3:20 p.m., my agent, Scott Kucik, called Sgt. Tolliver at the 2nd District Police Station. Sgt. Tolliver would not agree to accept service of the Summons and Complaint. Sgt. Tolliver indicated that he wanted to speak with counsel before accepting the complaint. Sgt. Tolliver did not contact Mr. Kucik and he did not respond to a subsequent message left by Mr. Kucik.

Additional attempts were made to serve Sgt. Tolliver at the 2nd District Police Station on June 9 and June 13, but my agent, Frederick Parsons, was informed that Sgt. Tolliver was not in.

Attempts were made to have Sgt. Tolliver made available by the General Counsel' office of the Metropolitan Police. My office was informed that Sgt. Tolliver would be available to receive the documents on June 13, 2006 between 2:00 and 3:00 p.m. My agent, Frederick Parsons, was informed that Sgt. Tolliver was not coming in to the station, however.

In conclusion, multiple attempts have been made to serve Sgt. Tolliver at his workplace at the 2nd District Police Station. Those attempts have been unsuccessful as process servers have been informed that Sgt. Tolliver was unavailable and/or not in the office.

Further multiple attempts have been made to serve Sgt. Tolliver at his home but he will not answer his door to accept the documents. As contacting or obtaining a meeting with Sgt. Tolliver has been difficult, phone calls have been made to him and he has answered the phone on two occasions and stated that he will not willingly accept service of process. Also, he has told me not to enter his property. I did enter his property for the lawful purpose of knocking on his door in an effort to serve the above referenced legal process, however.

    I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

                                                    Vincent Piazza

Subscribed and Sworn to before me this 22nd day of September, 2006.

                                                 Notary Public

My commission expires: 01-14-09

CAPITOL PROCESS SERVICES, INC.
1827 18th Street, N.W.
Washington, D.C. 20009-5526
(202) 667-0050
Tax I.D. 52-2283731

09-08-2006

W. JON PINKUS, CASE MANAGER
KLIMASKI & ASSOCIATES PC
1819 L STREET, NW, SUITE 700
WASHINGTON, DC 20036

Ty Harris vs. Chief Charles Ramsey, Metropolitan Police Department, et al.

Case No. 1:06CV00638 RJL

Invoice No. 171722

---

Re: Officer T.K. Tolliver

| | |
|---|---|
| MULTIPLE ATTEMPTS:<br>    2nd District Station, Idaho Avenue, NW<br>    Washington, DC | $ **** |
| ATTEMPTED SERVICE OF PROCESS:<br>    General Counsel of Metropolitan Police Dept.<br>    300 Indiana Avenue, NW, Washington, DC | $ **** |
| LOCATION RESEARCH/RESEARCH MD DMV:<br>MULTIPLE VEHICLE REGISTRATIONS | $ **** |
| NARRATIVE AFFIDAVIT | $ **** |
| SURVEILLANCE: 12.5 hours X $75.00 per hour<br>\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\* , Maryland \*\*\*\*\* | $ **** |

    08-30-06 - 1.0 hours
    08-31-06 - 2.0 hours
    09-01-06 - 2.0 hours
    09-04-06 - 2.5 hours
    09-06-06 - 5.0 hours

SUBTOTAL - $ ****

DISCOUNT - $****

BALANCE DUE UPON RECEIPT - $ ****

---

Please write invoice no. 171722 on your check.

<u>Case Comments</u>-

4



**Welcome to the Maryland Motor Vehicle Administration**
COMMITTED TO SAFETY, SERVICE, AND YOU

Vehicle Information | Main Menu | Print | Logoff

## VEHICLE INFORMATION

Tag Number: ******          Sticker Number: *****        Expiration: ****
Class: M                    Title Number: *****          VIN: ************
Year: **                    Make: ***                    Body: ***
Gross Combined Weight: +3700    Gross Vehicle Weight: 00N/A    Exceptions: N/A
Registration Fee: $76.50    Inspection Date: N/A         MVA Use Only:
                            Administrative Action:
Stolen Vehicle: NO                                       Sub Tags Issued: NO
Flag: NO                    Soundex Flag: NO

Emission Inspection Status: N            Inspection Status/Engine Type:
Emission Inspection Date: 100406         Emission Inspection Expiry Date: 100406
Emission Access Date: 033104

Insurance Company: ************          Policy Number: ******
Financial Responsibility Date:           Registration Validation Date: 021406

Prev Class:        Prev Tag:        Refund: N        Odometer: 000043

### OWNER INFORMATION

Driver's License Number: **********      Suspended/Revoked:    NO
Name: JEFFERY KARL TOLLIVER
Address: ************
         ******  MD *****

| Height | Weight | Race | Sex | Date of Birth |
|--------|--------|------|-----|---------------|
| 6-04   | 220    | 2    | M   | *******       |

### ADMINISTRATIVE ACTIONS

Effective Date        Unit of Origin        Unit Control

### LIEN HOLDER INFORMATION

Lien Holder:    *******
Address:        *******                                  Date: ******
                *******

- END OF RECORD -



**Welcome to the Maryland Motor Vehicle Administration**
COMMITTED TO SAFETY, SERVICE, AND YOU

| Vehicle Information | | Main Menu | Print |
| --- | --- | --- | --- |
| | | | Logoff |

## VEHICLE INFORMATION

| | | |
| --- | --- | --- |
| Tag Number: **** | Sticker Number: **** | Expiration: **** |
| Class: A | Title Number: **** | VIN: ************* |
| Year: *** | Make: *** | Body: *** |
| Gross Combined Weight: -3700 | Gross Vehicle Weight: 00N/A | Exceptions: N/A |
| Registration Fee: $50.50 | Inspection Date: 052705 | MVA Use Only: |
| Stolen Vehicle: NO | Administrative Action: | Sub Tags Issued: NO |
| Flag: NO | Soundex Flag: NO | |

| | |
| --- | --- |
| Emission Inspection Status: N | Inspection Status/Engine Type: C01 |
| Emission Inspection Date: 090507 | Emission Inspection Expiry Date: 090507 |
| Emission Access Date: 091905 | |

| | |
| --- | --- |
| Insurance Company: ********** | Policy Number: ******** |
| Financial Responsibility Date: | Registration Validation Date: ******** |

| | | | |
| --- | --- | --- | --- |
| Prev Class: | Prev Tag: | Refund: N | Odometer: 080069 |

### OWNER INFORMATION

Driver's License Number:    T-416-390-461-603    Suspended/Revoked:    NO
Name: JEFFERY KARL TOLLIVER
Address: *********
         *****   MD   *****

| Height | Weight | Race | Sex | Date of Birth |
| --- | --- | --- | --- | --- |
| 6-04 | 220 | 2 | M | ***** |

### ADMINISTRATIVE ACTIONS

Effective Date            Unit of Origin            Unit Control

- END OF RECORD -