*Exhibit 1*

 **UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 0550 0000 9510 8273**
Status: **Notice Left**

We attempted to deliver your item at 10:56 am on September 22, 2006 in ***** MD *** and a notice was left. It can be redelivered or picked up at the Post Office. If the item is unclaimed, it will be returned to the sender. Information, if available, is updated every evening. Please check again later.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

 **POSTAL INSPECTORS**
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved.   Terms of Use   Privacy Policy



```
Exhibit 1
Page 1

Tolliver's personal
information redacted,
indicated by series of
asterisks.
```



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: 7004 0550 0000 9510 8273
Detailed Results:

- Notice Left, September 22, 2006, 10:56 am, ***** MD ****
- Arrival at Unit, September 22, 2006, 9:26 am, ***** MD ****
- Acceptance, September 21, 2006, 4:50 pm, WASHINGTON, DC 20036

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

**Notification Options**

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved.   Terms of Use   Privacy Policy

Exhibit 1
Page 2

Tolliver's personal
information redacted,
indicated by series
of asterisks.