# Exhibit 2

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Davis_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery: 28SEPT.06 |
| 1. Article Addressed to:<br><br>Jeffery K. Tolliver<br>Metropolitan Police Dept.<br>Second District Station<br>3320 Idaho Ave. NW<br>Washington DC 20016-3738 | D. Is delivery address different from item 1? ☐ Yes  ☒ No<br>If YES, enter delivery address below: |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☒ Yes |
| 2. Article Number (Transfer from service label) | 7004 0550 0000 9510 8303 |
| PS Form 3811, August 2001 | Domestic Return Receipt                102595-02-M-1540 |



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ 0.87 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | 3.70 |
| Total Postage & Fees | $ 8.82    09/27/2006 |

Sent To: Jeffery K. Tolliver
Street, Apt. No.; or PO Box No.: MPD 2D 3320 Idaho Ave. NW
City, State, ZIP+4: Washington DC 20016-3738

PS Form 3800, June 2002                See Reverse for Instructions

7004 0550 0000 9510 8303