AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE on October 26, 2006 |
| NAME OF SERVER *(PRINT)* Jon Pinkus | TITLE Process Server/Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Jeffery K. Tolliver was served, with permission of the Court in its Order of Oct. 18, 2006, by the Alternative Means of First Class Mail delivery to his place of residence listed on the Summons. Tracking by Delivery Confirmation used to pinpoint date of Service. (attached).

## STATEMENT OF SERVICE FEES

| TRAVEL n/a | SERVICES postage of $4.55 | TOTAL $4.55 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   Nov. 6, 2006      _____
              Date         *Signature of Server*

                          Jon Pinkus

                          1819 L Street NW, Suite 700

                     *Address of Server*
                          Washington DC   20036-3830
                          Tel. 202-296-5600

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Ty Harris

**SUMMONS IN A CIVIL CASE**

V.

MPD Chief Charles Ramsey, et al.

CASE NUMBER:    1:06 CV 0638 (RJL)

TO: (Name and address of Defendant)

Jeffery K. Tolliver, *individually*
1566 Crofton Parkway
Crofton, MD  21114-1534

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edward J. Elder
James R. Klimaski
Klimaski & Associates, P.C.
1819 L Street NW -- Suite 700
Washington DC  20036-3830    (Tel. 202-296-5600)

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

SEP 21 2006

CLERK

DATE

(By) DEPUTY CLERK

 **UNITED STATES POSTAL SERVICE** ®

Home | Help | Sign In

Track & Confirm    FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **0304 0370 0002 0255 5260**
Status: **Delivered**

Your item was delivered at 12:05 pm on October 26, 2006 in CROFTON, MD 21114.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

 **POSTAL INSPECTORS**
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy





### U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

Jeffery K. Tolliver
1866 Crofton Pkwy.
Crofton MD 21114-1534

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries.
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☒ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

(See Reverse)

DELIVERY CONFIRMATION NUMBER:   0304 0370 0002 0255 5260

Postmark Here

OCT 25 2006

PS Form 152, May 2002

## Certificate of Service

I certify that the foregoing ***Return of Service on Jeffery K. Tolliver*** was served by postage-paid First Class Mail on November 6, 2006, to:

Jeffery K. Tolliver
1566 Crofton Parkway
Crofton, MD  21114-1534

and through the Court's CM/ECF Automatic Electronic Notice system to:

Melvin W. Bolden
Asst. D.C. Attorney-General
Office of the D.C. Attorney-General
441 4th Street NW
6th Floor South
Washington DC  20001
202-724-5695 Phone
202-727-3625 Fax

Jon Pinkus
Klimaski and Associates, P.C.