AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | November 8, 2006 |
| NAME OF SERVER (PRINT)  Jon Pinkus | TITLE | Process Server / Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Defendant Jeffery K. Tolliver, served at home on Oct. 26, 2006, was also served the Complaint and Summons at his workplace on Nov. 8, 2006, by the Alternative Means of First Class Mail. Delivery Confirmation was used to pinpoint the date of service.

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL | n/a | SERVICES  $4.55 | TOTAL | $4.55 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   Nov. 20, 2006            *[signature]*
              Date                     Signature of Server

              1819 L Street NW -- Suite 700
              Washington, DC   20036
              *Address of Server*
              Tel. 202-296-5600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Ty Harris

SUMMONS IN A CIVIL CASE

V.

MPD Chief Charles Ramsey, et al.

CASE NUMBER:   1:06 CV 0638 (RJL)

TO: (Name and address of Defendant)

Jeffery K. Tolliver (in his individual capacity)
Metropolitan Police Dept. -- 2nd District Station
3320 Idaho Avenue NW
Washington DC  20016-3738

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edward J. Elder
James R. Klimaski
Klimaski & Associates, P.C.
1819 L Street NW -- Suite 700
Washington DC  20036-3830    (Tel. 202-296-5600)

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                     NOV 0 1 2006

CLERK                                                       DATE

_Jackie Tra___
(By) DEPUTY CLERK



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 0303 2460 0001 5173 3082
Detailed Results:

- Delivered, November 08, 2006, 1:51 pm, WASHINGTON, DC 20016
- Arrival at Unit, November 08, 2006, 10:49 am, WASHINGTON, DC 20016
- Acceptance, November 07, 2006, 2:38 pm, WASHINGTON, DC 20036

( < Back )    ( Return to USPS.com Home > )

### Track & Confirm

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

```
           Farragut Station
    Washington, District of Columbia
              200365828
            1050050233 -0094
11/07/2006    (202)523-2024    02:39:25 PM
              Sales Receipt
Product          Sale  Unit       Final
Description      Qty   Price      Price

WASHINGTON DC 20016              $4.05
Priority - Flat Rate
Env
  3.10 oz.
  Delivery Confirmation          $0.50
  Label #:   03032460000151733082
  Customer Postage              -$4.55
    Subtotal:                    $0.00

Total:                           $0.00

Paid by:

Bill#: 1000601923641
Clerk: 07

  All sales final on stamps and postage.
  Refunds for guaranteed services only.
       Thank you for your business.
             Customer Copy
```



U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)
(Please Print Clearly)

Jeffery K. Tolliver
MPD-2D, 3320 Idaho Ave NW
Washington DC 20016

DELIVERY CONFIRMATION NUMBER: 0303 2460 0001 5173 3082

Postmark Here — NOV -7 2006 Farragut Station USPS

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☑ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel
(See Reverse)

PS Form 152, May 2002

Activity in Case 1:06-cv-00638-RJL HARRIS v. RAMSEY et al "O...

Case 1:06-cv-00638-RJL    Document 18    Filed 11/20/2006    Page 4 of 5

Subject: Activity in Case 1:06-cv-00638-RJL HARRIS v. RAMSEY et al "Order on Motion for Extension of Time to"
From: DCD_ECFNotice@dcd.uscourts.gov
Date: Wed, 18 Oct 2006 08:43:31 -0400
To: DCD_ECFNotice@dcd.uscourts.gov


***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Columbia

Notice of Electronic Filing

The following transaction was received from lcrjl2, entered on 10/18/2006 at 8:43 AM and filed on 10/18/2006
Case Name:         HARRIS v. RAMSEY et al
Case Number:       1:06-cv-638
Filer:
Document Number:

Docket Text:
MINUTE ORDER granting [14] Unopposed MOTION for Extension of Time to Effect Service of Process and for Alternative Service by TY HARRIS. It is hereby ORDERED that Plaintiff shall have up to and including 12/4/06 in which to effect service on Defendant Sergeant J.K. Tolliver; and it is further ORDERED that Plaintiff is permitted to effect service upon Defendant Tolliver by regular mail to his home and place of business. Signed by Judge Richard J. Leon on 10/18/06. (lcrjl2)

The following document(s) are associated with this transaction:


1:06-cv-638 Notice will be electronically mailed to:

Melvin W. Bolden, Jr    melvin.bolden@dc.gov, kimberly.matthews@dc.gov

Edward J. Elder    elder@klimaskilaw.com, pinkus@klimaskilaw.com; klimaski@klimaskilaw.com; hibsch@klimaskilaw.com; miller@klimaskilaw.com; kelly@klimaskilaw.com

1:06-cv-638 Notice will be delivered by other means to:

## Certificate of Service

I certify that the foregoing *Return of Supplemental Service on Jeffery K. Tolliver at His Workplace* was served by postage-paid First Class Mail on November 20, 2006, to:

Jeffery K. Tolliver
1566 Crofton Parkway
Crofton, MD 21114-1534

and through the Court's CM/ECF Automatic Electronic Notice system to:

Melvin W. Bolden
Asst. D.C. Attorney-General
Office of the D.C. Attorney-General
441 4th Street NW
6th Floor South
Washington DC 20001
202-724-5695 Phone
202-727-3625 Fax

_____
Jon Pinkus
Klimaski and Associates, P.C.