UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TY HARRIS,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CHARLES H. RAMSEY, CHIEF,<br>District of Columbia Metropolitan<br>Police Department, *et al.*,<br><br>　　Defendants. | Civil Action No. 06-0638 (RJL) |

### NOTICE OF APPEARANCE OF LYNN I. MILLER
### AND WITHDRAWAL OF EDWARD J. ELDER
### FOR THE PLAINTIFF

The Clerk will please enter the appearance of Lynn I. Miller of Klimaski & Associates, P.C., on behalf of the Plaintiff, Ty Harris. She will join James R. Klimaski representing Mr. Harris.

The Clerk will also please withdraw the appearance of Edward J. Elder on behalf of the Plaintiff. He is no longer with Klimaski & Associates, P.C.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

December 19, 2006

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　James R. Klimaski, #243543
　　　　　　　　　　　　　　　　　　　　　Lynn I. Miller, #941559

　　　　　　　　　　　　　　　　　　　　　Klimaski & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　　1819 L Street NW
　　　　　　　　　　　　　　　　　　　　　Suite 700
　　　　　　　　　　　　　　　　　　　　　Washington, DC  20036
　　　　　　　　　　　　　　　　　　　　　202-296-5600
　　　　　　　　　　　　　　　　　　　　　miller@klimaskilaw.com

　　　　　　　　　　　　　　　　　　　　　*Counsel to Plaintiff*