UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TY HARRIS,**<br><br>    **Plaintiff,**<br><br>        v.<br><br>**CHARLES H. RAMSEY, CHIEF,**<br>District of Columbia Metropolitan<br>Police Department, *et al.*,<br><br>    **Defendants.** | Civil Action No. 06-0638 (RJL) |

**CONSENT MOTION TO EXTEND TIME TO DECEMBER 22, 2006,
TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

　　Plaintiff Ty Harris, through Counsel, seeks an extension of time to Friday, December 22, 2006, to complete and file his opposition to Defendants' motion to dismiss.  Counsel for Defendants consents to this motion.  The opposition is currently due Tuesday, December 19, 2006.

　　Former counsel for Mr. Harris, Edward J. Elder, has just left the firm, and Lynn I. Miller, who is preparing this forthcoming opposition, has only recently completed and filed a major summary judgment opposition on Friday, December 15, 2006, in another matter before the Circuit Court for Prince George's County, Maryland.

The extension sought will provide counsel adequate time to complete the opposition brief. A proposed Order follows this motion should the Court wish to make use of it.

Respectfully submitted,

December 19, 2006     /s/  Lynn I. Miller
James R. Klimaski, #243543
Lynn I. Miller, #941559

Klimaski & Associates, P.C.
1819 L Street NW
Suite 700
Washington, DC  20036
202-296-5600
miller@klimaskilaw.com

*Counsel to Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TY HARRIS,** | |
| **Plaintiff,** | |
| v. | **Civil Action No. 06-0638 (RJL)** |
| **CHARLES H. RAMSEY, CHIEF,** District of Columbia Metropolitan Police Department, *et al.,* | |
| **Defendants.** | |

### ORDER

Upon consideration of plaintiff's motion for an extension of time to file his opposition to defendants' motion to dismiss, and defendants' consent thereto, it is hereby

**ORDERED** that plaintiff shall have until Friday, December 22, 2006, to file his opposition to the pending motion to dismiss.

SO ORDERED.

_____          _____
Date                                                     Richard J. Leon
                                                         United States District Judge

Copies to Counsel
via ECF Notice.