UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TY HARRIS,<br><br>　Plaintiff,<br><br>　v.<br><br>CHARLES H. RAMSEY, CHIEF,<br>District of Columbia Metropolitan<br>Police Department, *et al.,*<br><br>　Defendants. | Civil Action No. 06-0638 (RJL) |

### DISMISSAL OF DEFENDANT CHIEF CHARLES RAMSEY
### IN HIS OFFICIAL CAPACITY AND IN HIS INDIVIDUAL CAPACITY
### ONLY FOR THE THIRD CAUSE OF ACTION.

Plaintiff Ty Harris, through counsel, dismisses Chief Charles Ramsey, Metropolitan Police Department:

1. in his official capacity for all counts of the Complaint, and

2. in his individual capacity as to the Third Cause of Action: Negligent Training and Supervision.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

December 22, 2006　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　James R. Klimaski, #243543
　　　　　　　　　　　　　　　　　　　　Lynn I. Miller, #941559
　　　　　　　　　　　　　　　　　　　　Klimaski & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　1819 L Street NW
　　　　　　　　　　　　　　　　　　　　Suite 700
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　　202-296-5600
　　　　　　　　　　　　　　　　　　　　Klimaski@Klimaskilaw.com
　　　　　　　　　　　　　　　　　　　　Miller@Klimaskilaw.com

　　　　　　　　　　　　　　　　　　　　***Counsel for Plaintiff***