UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TY HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 06-0638(RJL) |
| | ) |
| | ) |
| CHARLES RAMSEY, et al | ) |
| | ) |
| Defendants. | ) |

CONSENT MOTION FOR ENLARGEMENT
OF TIME TO FILE REPLY MEMORANDUM

Defendants, District of Columbia and Charles H. Ramsey, by and through counsel, respectfully move pursuant to Federal Rules of Civil Procedure, Rule 6(b) to enlarge the time in which to file its reply memorandum to Plaintiff's Opposition to Defendants District of Columbia and Chief Charles Ramsey's Motion to Dismiss. The reply memorandum is due on January 5, 2007. The aforementioned defendants request an enlargement of time up to and including January 12, 2007. Plaintiff, through counsel, consents to the motion for enlargement.

The undersigned counsel has devoted considerable time to this case, however because of a number of other work related demands counsel, was unable to complete defendants reply memorandum by the current deadline.

Wherefore, the District of Columbia and Charles Ramsey respectfully request that this Court expand the time to file its reply memorandum up to and including January 12, 2007.

                                              Respectfully submitted,

                                              LINDA SINGER
                                              Acting Attorney General for the
                                              District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        Kimberly M. Johnson
        _____
        KIMBERLY M. JOHNSON (#435163)
        Section Chief, General Litigation Section I

        Melvin W. Bolden, Jr.
        _____
        MELVIN W. BOLDEN, JR. (# 192179)
        Assistant Attorney General
        441 Fourth St., N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 724-5695

## CERTIFICATE OF SERVICE

    I certify that on the 5th day of January, 2007, a copy of the foregoing motion, with memorandum and proposed order was electronically served on Lynn L. Miller Esquire.

        _____
        Melvin W. Bolden, Jr.
        Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TY HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 06-0638(RJL) |
| | ) |
| | ) |
| CHARLES RAMSEY, <u>et al</u> | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF MOTION FOR ENLARGEMENT OF TIME TO FILE
REPLY MEMORANDUM**

1. Federal Rules of Civil Procedure, Rule 6 (b).

2. The reasons set forth in the motion.

3. Plaintiff's consent.

4. The record herein.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

Kimberly M. Johnson

_____
KIMBERLY M. JOHNSON (#435163)
Section Chief, General Litigation Section I

Melvin W. Bolden, Jr.

                                                _____
MELVIN W. BOLDEN, JR. (# 192179)
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TY HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 06-0638(RJL) |
| | ) |
| CHARLES RAMSEY, et al | ) |
| | ) |
| Defendants. | ) |

### ORDER

Upon consideration of the Consent Motion for Enlargement of Time to File Reply Memorandum, plaintiff's consent thereto, and the record herein, it is by the Court, this ___ day of January, 2007,

ORDERED: that the Consent Motion for Enlargement of Time to File Reply Memorandum be, and hereby is GRANTED; and it is

FURTHER ORDERED: that the District of Columbia and Charles Ramsey shall have up to and including January 12, 2007 to file their reply memorandum.

_____
RICHARD J. LEON
United States Judge

Case 1:06-cv-00638-RJL    Document 25    Filed 01/05/2007    Page 6 of 6