UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TY HARRIS,                          )
                                    )
            Plaintiff,              )
                                    )  Civil  No. 06-0638(RJL)
                                    )
CHARLES RAMSEY, et al              )
                                    )
            Defendants.             )

CONSENT MOTION FOR FURTHER ENLARGEMENT
OF TIME TO FILE REPLY MEMORANDUM

Defendants, District of Columbia and Charles H. Ramsey, by and through

counsel, respectfully move pursuant to  Federal Rules of Civil Procedure, Rule 6(b) to

further enlarge the time in which to file its reply memorandum to Plaintiff's Opposition

to Defendants District of Columbia and Chief Charles Ramsey's Motion to Dismiss. The

reply memorandum is due on January 12, 2007. The aforementioned defendants request

an enlargement of two business days up to and including January 17, 2007. A previous

request for an extension has been requested . Plaintiff, through counsel, consents to the

motion for enlargement.

Due to a number of other work related demands counsel, was unable to

complete defendants reply memorandum by the current deadline. Thus, additional time is

needed  to complete the drafting of  the reply.

Wherefore, the District of Columbia and Charles Ramsey  respectfully request

that this Court expand the time to file its reply memorandum up to and including

January 17, 2007.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


Kimberly M. Johnson
_____
KIMBERLY M. JOHNSON (#435163)
Section Chief, General Litigation Section I


Melvin W. Bolden, Jr.
_____
MELVIN W. BOLDEN, JR. (# 192179)
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695


<u>CERTIFICATE OF SERVICE</u>


     I certify that on the 12th day of January, 2007, a copy of the foregoing motion, with memorandum and proposed order was electronically served on Lynn L. Miller Esquire.


_____
Melvin W. Bolden, Jr.
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TY HARRIS,                          )
                                    )
            Plaintiff,              )
                                    )   Civil  No. 06-0638(RJL)
                                    )
                                    )
CHARLES RAMSEY, <u>et al</u>        )
                                    )
            Defendants.             )

<u>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF CONSENT  MOTION FOR FURTHER ENLARGEMENT OF TIME
TO FILE  REPLY MEMORANDUM</u>

1.  Federal Rules of Civil Procedure, Rule 6 (b).

2.  The reasons set forth in the motion.

3.  Plaintiff's consent.

4.  The record herein.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

Kimberly M. Johnson

_____
KIMBERLY M. JOHNSON (#435163)
Section Chief, General Litigation Section I

Melvin W. Bolden, Jr.

_____

MELVIN W. BOLDEN, JR. (# 192179)
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TY HARRIS,                          )
                                    )
            Plaintiff,              )
                                    )  Civil  No. 06-0638(RJL)
                                    )
                                    )
CHARLES RAMSEY, <u>et al</u>       )
                                    )
            Defendants.             )
_____ )

<u>ORDER</u>

Upon consideration of the Consent  Motion for Further Enlargement of

Time to File  Reply  Memorandum,  plaintiff's  consent  thereto, and the record herein, it

is by the Court,  this  ___day of  January,  2007,

ORDERED: that the Consent Motion for Further Enlargement of Time to File

Reply Memorandum be, and hereby is GRANTED; and it is

FURTHER ORDERED: that the District of Columbia and Charles

Ramsey shall have up to and including January 17, 2007 to file their reply memorandum.

_____
RICHARD J. LEON
United States Judge