UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U S. DISTRICT COURT

| | |
|---|---|
| TY HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES RAMSEY, CHIEF,<br>METROPOLITAN POLICE DEPARTMENT,<br>*et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)  No. 06-cv-638 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is, this _____ day of June 2007, hereby

**ORDERED** that [#20] defendants' motion to dismiss is GRANTED as to Count II of the Complaint.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

