**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FILED

JUL 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

TY HARRIS,

Plaintiff,

v.

Civil Action No. 06-0638 (RJL)

CHARLES H. RAMSEY, CHIEF,
District of Columbia Metropolitan
Police Department, *et al.*,

Defendants.

## ORDER

Upon consideration of the Report of the Rule 16.3 Conference from the above parties, and the entire record herein, it is this 19th day of July, 2007, hereby

**ORDERED** that defendants shall have 14 days from the entry of this Order to file an answer or otherwise respond to the Amended Complaint. It is further

**ORDERED** that this case shall be placed on the "Standard" track; and it is further,

**ORDERED** that the parties shall comply with initial disclosures required by F.R.Civ.P. Rule 26(a)(1), within 20 days of this Court's order; and it is further,

**ORDERED** that all discovery shall be completed within 240 days of this Court's order; and it is further,

**ORDERED** that plaintiff's expert witness designations are due within 75 days of the entry of this order. Defendants' expert witness designations are due 45 days after receipt of plaintiff's designation; and it is further,

**ORDERED** that each party shall be permitted ___10___ depositions; and it is further,



**ORDERED** that each party shall be permitted twenty-five interrogatories to be served on each of the other respective parties; and it is further,

**ORDERED** that all motions shall be filed no later than 60 days after the close of discovery; and it is further,

**ORDERED** that the opposing party shall have 30 days to respond; and it is further,

**ORDERED** that the party who filed the initial motion will then have 15 days to reply, and it is further,

**ORDERED** that in the event that this matter is not resolved by mediation or dispositive motion, a status call shall be set by the Court to schedule a pretrial conference and trial date.

_____
RICHARD J. LEON
United States District Court Judge

Copies to Counsel
via the Court's CM/ECF
Notification system.