UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TY HARRIS,

    Plaintiff,

     v.

CHARLES H. RAMSEY, CHIEF,
District of Columbia Metropolitan
Police Department, *et al.,*

    Defendants.

Civil Action No. 06-0638 (RJL)

CONSENT MOTION FOR ENLARGEMENT OF THE TIME TO
FILE AN ANSWER OR OTHERWISE RESPOND TO THE
AMENDED COMPLAINT

    Defendants, by and through counsel, hereby respectfully move for an Order enlarging the time, *nunc pro tunc*, to file an answer or otherwise respond to the amended complaint herein.  In the Order filed herein on July 23, 2007, the Court ordered that defendants shall have 14 days from the entry of this Order to file an answer or otherwise respond to the Amended Complaint " Defendants' request until August 17, 2007, to file an answer or otherwise respond to the amended complaint. Pursuant to Local Rule 7(m), counsel for defendants has conferred with counsel for Ty Harris who has consented to this motion.

    The grounds for the motion are that defense counsel was out of the office the week of  July 30  through August 3, 2007, and inadvertently failed to note that defendants' answer or response to the amended complaint was due on August 6, 2007. Given the aforementioned circumstance, the parties have also agreed to exchange initial disclosures required by F.R. Civ. P. Rule 26(a)(1) on August 17, 2007 .

For the foregoing reasons, defendants respectfully request that the court grant the foregoing Consent Motion for Enlargement of Time to File An Answer or Otherwise Respond to the Amended Complaint, *nunc pro tunc*, up to and including August 17, 2007. It is also requested that the parties be permitted to exchange initial disclosures also on August 17, 2007.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the
        District of Columbia, D.C.

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division
        /s/

        _____
        KIMBERLY M. JOHNSON(# 435163 )
        Chief, General Litigation Section I
        /s/

        _____
        MELVIN W. BOLDEN, JR. (# 192179)
        Assistant Attorney General
        441 Fourth St., N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 724 5695
        Attorneys for defendants

August 12, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TY HARRIS,<br><br>　　　Plaintiff,<br><br>　　　　v.<br><br>CHARLES H. RAMSEY, CHIEF,<br>District of Columbia Metropolitan<br>Police Department, *et al.,*<br><br>　　　Defendants. | Civil Action No. 06-0638 (RJL) |

## ORDER

Upon consideration of defendants' Consent Motion for Enlargement of Time to File An Answer or Otherwise Respond to the Amended Complaint, the record herein, it is this \_\_\_\_\_day of _____ 2007, hereby

　　ORDERED: that defendants shall have to August 17, 2007, to file an answer or otherwise respond to the Amended Complaint; and it is further

　　ORDERED: that the parties shall comply with initial disclosures required by Fed. R.Civ. P. 26(a)(1) by August 17, 2007.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　RICHARD J. LEON
　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TY HARRIS,

    Plaintiff,

    v.

CHARLES H. RAMSEY, CHIEF,
District of Columbia Metropolitan
Police Department, *et al.,*

    Defendants.

Civil Action No. 06-0638 (RJL)

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT CONSENT MOTION FOR ENLARGEMENT OF THE TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT

1. Federal Rules of Civil Procedure, Rule 6 (b).

2. Plaintiff's consent.

3. The reasons set forth in the motion.

4. The record herein.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the
        District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        /s/ Kimberly M. Johnson
        _____
        KIMBERLY M. JOHNSON ( #435163)
        Section Chief, General Litigation Section I

/s/ Melvin W. Bolden, Jr.
_____
MELVIN W. BOLDEN, JR. (# 192179  )
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695