UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TY HARRIS,**<br><br>        **Plaintiff,**<br><br>        v.<br><br>**CHARLES H. RAMSEY, CHIEF,**<br>**District of Columbia Metropolitan**<br>**Police Department,** *et al.,*<br><br>        **Defendants.** | **Civil Action No. 06-0638 (RJL)** |

**NOTICE OF CHANGE OF ADDRESS**
**FOR PLAINTIFF'S COUNSEL KLIMASKI & ASSOCIATES, P.C.**

Effective this date, the Clerk will please update the Court's records and databases with the new address for Plaintiff's Counsel, James R. Klimaski, Lynn I. Miller, and Klimaski & Associates, P.C.:

James R. Klimaski
Lynn I. Miller
Klimaski & Associates, P.C.
1625 Massachusetts Avenue NW
Suite 500
Washington, DC  20036-2001

The firm's phone, fax, and individual email addresses remain the same as before.

Phone: 202-296-5600
Fax: 202-296-5601
Emails:   Klimaski@Klimaskilaw.com
              Miller@Klimaskilaw.com

                                                                          Respectfully submitted,

August 28, 2007                                           __/s/  *James R. Klimaski*_____
                                                                          James R. Klimaski, #243543
                                                                          Lynn I. Miller, #941559

Klimaski & Associates
1625 Massachusetts Avenue, NW
Suite 500
Washington, DC 20036-2001
(202) 296-5600

***Counsel for Ty Harris***

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Plaintiff's **NOTICE OF CHANGE OF ADDRESS FOR PLAINTIFF'S COUNSEL KLIMASKI & ASSOCIATES, P.C.** was served through the Court's CM/ECF Automatic Electronic Notice system on August 28, 2007, to the following counsel for Defendants:

Melvin W. Bolden
Asst. D.C. Attorney-General
Office of the D.C. Attorney-General
441 4th Street NW
6th Floor South
Washington DC  20001
202-727-3625 Fax


　　　　　　　　　　　　　　　　 /s/   Jon Pinkus
　　　　　　　　　　　　　　　　Jon Pinkus
　　　　　　　　　　　　　　　　Klimaski and Associates, P.C.