UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TY HARRIS,**<br><br>    Plaintiff,<br><br>    v.<br><br>**CHARLES H. RAMSEY, CHIEF,**<br>**District of Columbia Metropolitan**<br>**Police Department,** *et al.*,<br><br>    Defendants. | Civil Action No. 06-0638 (RJL) |

## JOINT MOTION TO EXTEND DISCOVERY TO MAY 9, 2008

The parties respectfully request, by and through their counsel, that discovery, currently scheduled to close this week — 240 days from July 23, 2007 — be extended until May 9, 2008, to complete depositions and respond fully to one another's discovery requests. The court's earlier order called for motions to be filed 60 days after the close of discovery, and the parties agree that similar scheduling following the new discovery closing date would be acceptable as well. A proposed order accompanies this motion.

March 19, 2008                                        Respectfully submitted,

                                         /s/ *James R. Klimaski*
                                        James R. Klimaski #243543
                                        Lynn I. Miller, #941559
                                        Megins S. Skolnick, #498452
                                        KLIMASKI & ASSOCIATES, P.C.
                                        1625 Massachusetts Avenue NW
                                        Suite 500
                                        Washington, DC  20036-2245
                                        202-296-5600

                                        ***Counsel to Ty Harris***

      PETER J. NICKLES
Interim Attorney General for D.C.

GEORGE C. VALENTINE
Deputy Attorney General for D.C.
Civil Litigation Division

   */s/ Kimberly M. Johnson*
KIMBERLY M. JOHNSON, #435163
Section Chief, General Litigation Section I

   */s/ Melvin W. Bolden, Jr.*
MELVIN W. BOLDEN, JR. (# 192179)
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
202-724-5695

*Counsel for Defendants*

---

### Certificate of Service

I certify that the foregoing *Joint Motion to Extend Discovery to May 9, 2008* was served through the Court's CM/ECF Automatic Electronic Notice system on March 19, 2008, to the following counsel for Defendants:

    Melvin W. Bolden
    Asst. D.C. Attorney-General
    Office of the D.C. Attorney-General
    441 4th Street NW
    6th Floor South
    Washington DC  20001
    202-727-3625 Fax

      */s/  Jon Pinkus*
Jon Pinkus
Klimaski and Associates, P.C.