UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TY HARRIS,**<br><br>    **Plaintiff,**<br><br>         v.<br><br>**CHARLES H. RAMSEY, CHIEF,**<br>**District of Columbia Metropolitan**<br>**Police Department,** *et al.,*<br><br>    **Defendants.** | **Civil Action No. 06-0638 (RJL)** |

### REVISED SCHEDULING ORDER

On a joint motion from the parties, it is hereby

**ORDERED** that the following deadline is reset to:

Close of Discovery                        May 9, 2008

It is further **ORDERED** that all motions shall be filed and responded to within the same time frames in the Court's initial order: motions 60 days from the close of discovery, oppositions filed 30 days after any motions, and any replies 15 days from the filing of any oppositions.

   **SO ORDERED.**

_____          _____
Date                                                                    Richard J. Leon
                                                                        United States District Judge

Copies to:

Counsel via ECF.