UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 2 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TY HARRIS,

    Plaintiff,

v.

CHARLES H. RAMSEY, CHIEF,
District of Columbia Metropolitan
Police Department, *et al.*,

    Defendants.

Civil Action No. 06-0638 (RJL)

### REVISED SCHEDULING ORDER

On a joint motion from the parties, it is hereby

**ORDERED** that the following deadline is reset to:

Close of Discovery            May 9, 2008

It is further **ORDERED** that all motions shall be filed and responded to within the same time frames in the Court's initial order: motions 60 days from the close of discovery, oppositions filed 30 days after any motions, and any replies 15 days from the filing of any oppositions.

    SO ORDERED.

3/25/08
Date

_____
Richard J. Leon
United States District Judge

Copies to:

Counsel via ECF.

