UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TY HARRIS, <br><br> **Plaintiff,** <br><br> v. <br><br> CHARLES H. RAMSEY, CHIEF, District of Columbia Metropolitan Police Department, *et al.*, <br><br> **Defendants.** | Case No. 1:06-cv-00638-RJL <br> Judge Richard J. Leon <br><br> Discovery closes May 9, 2008 |

**PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

Pursuant to Federal Rule of Civil Procedure (Fed. R. Civ. Pro.) 37(a)(2)(B), Plaintiff moves this Court to: (1) compel Defendants to respond to Plaintiff's oft-repeated July 31, 2007, request for production of documents within ten (10) days of this Court's Order, and (2) order sanctions, including attorney's fees and costs, against Defendants for their repeated failure to respond to discovery requests. Counsel for Defendants received a draft of this motion on May 1, 2008, in a final effort to secure this evidence before filing this motion. Counsel for defendant has not responded to this draft. Plaintiff submits the attached memorandum in support of this motion, and provides a draft proposed Order for the Court as well.

Respectfully submitted,

May 7, 2008

 /s/ *James R. Klimaski*
James R. Klimaski, #243543
Klimaski & Associates, P.C.
1625 Massachusetts Avenue NW – Suite 500
Washington, DC 20036
(202) 296-5600
Klimaski@Klimaskilaw.com

***Counsel for Ty Harris***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TY HARRIS,**<br><br>    Plaintiff,<br><br>    v.<br><br>**CHARLES H. RAMSEY, CHIEF,**<br>**District of Columbia Metropolitan**<br>**Police Department,** *et al.,*<br><br>    Defendants. | Case No. 1:06-cv-00638-RJL<br>Judge Richard J. Leon<br><br>Discovery closes May 9, 2008 |

### PLAINTIFF'S MEMORANDUM IN SUPPORT OF HIS MOTION TO COMPEL DISCOVERY

Pursuant to Federal Rule of Civil Procedure (Fed. R. Civ. Pro.) 37(a)(2)(B), Plaintiff moves this Court to: (1) compel Defendants to answer discovery requests, and (2) order sanctions against Defendants.

### INTERROGATORY

In Plaintiff's First Set of Interrogatories and Document Requests, his counsel requested all reports concerning the incident in question.

The document request No. 3 was for "Any and all written reports concerning a traffic stop of Ty Harris on Wisconsin Avenue, N.W., near Massachusetts Avenue, N.W., on July 20, 2004, at approximately 9:00 pm." (Attachment 1)

### STATEMENT OF FACTS

On July 31, 2007, Plaintiff initiated discovery and served interrogatories and requests for production of documents on Defendants. The deadline to respond was August 31, 2007.

Defendants did not respond to Plaintiff's request for production of documents by that deadline. Defendants have failed to respond to Plaintiff's Document Request # 3 for written reports concerning the traffic stop of Ty Harris on July 20, 2004 at approximately 9 PM that is the subject of this Complaint.

Among any written reports would be the "run sheets" for each police vehicle that responded to the incident in this case. (There is a factual dispute as to the number of officers who responded.)

Plaintiff, in clarifying his discovery request, has specifically noted the run sheets for all Metropolitan Police Department vehicles in MPD's Second District on the evening of July 20, 2004 — repeatedly seeking these items from Defendants' counsel, several times in person and through several emails, when it became clear these documents were especially relevant.

Plaintiff requested these run sheets on February 13, 2008, via email; in person on February 28, 2008, at our office after Officer Ferretti's deposition; on March 4, 2008, via email; in person on March 19, 2008, at Mr. Bolden's office; on March 20, 2008, via email; and on April 11, 2008, via email. (These email inquiries are Attachment 2.)

Discovery closes on May 9, 2008.

## ARGUMENT

**Defendants Failed to Respond to Plaintiff's Requests for Documents.**

Defendants are required to answer each interrogatory fully. Fed. R. Civ. Pro. 33 (b) (1) and Local Rule (LCvR) 30.4 require a party served with interrogatories to reply fully or object to each question within 30 days.

Fed. R. Civ. Pro. 33 (b)(5) grants the party submitting the interrogatories to request sanctions if the opposing party fails to answer.  A Motion to Compel discovery and imposition of sanctions may be filed when the opposing party fails to respond pursuant to Fed. R. Civ. Pro. 33. *See* Fed. R. Civ. Pro. 37(a)(3).

Defendants have failed to produce any of the above documents cited in this motion to compel.  Plaintiff's counsels efforts preceding this motion include:

Klimaski (Attorney at $440/hour)

| Date | Description | Hours |
|---|---|---|
| 2/13/08 | Phone call to Melvin Bolden | 0.1 hours |
| 2/14/08 | Confer w/ Skolnick on discovery issues | 0.2 |
| 2/28/08 | Confer w/ Bolden during deposition break | 0.1 |
| 3/19/08 | Confer w/ Bolden during deposition break | 0.1 |
| 5/1/08 | Review motion to compel, Affidavit | 0.2 |
| | Total Klimaski time | 0.7 |
| | | $308.00 |

Skolnick (Attorney at $215/hour)

| Date | Description | Hours |
|---|---|---|
| 2/13/08 | Email to Bolden re: the 7/20/04 Run Sheets | 0.1 hours |
| 2/27/08 | Exchange of voice mails w/ Melvin Bolden | 0.1 |
| 3/13/08 | Exchange of voice mails w/ client | 0.1 |
| 2/28/08 | Confer w/ Bolden during deposition break | 0.1 |
| 3/19/08 | Confer w/ Bolden during deposition break | 0.1 |
| 4/11/08 | Exchange of voice mails w/ Bolden | 0.1 |
| 4/14/08 | Review email from Bolden | 0.1 |
| 4/22/08 | Drafting motion to compel and memo | 0.4 |
| 4/23/08 | Drafting motion to compel and memo | 0.1 |
| 4/24/08 | Drafting motion to compel and memo | 1.1 |
| 4/25/08 | Drafting motion to compel and memo | 1.0 |
| | Total Skolnick time | 3.3 |
| | | $709.50 |

Pinkus (Paralegal at $125/hour)

| Date | Description | Hours |
|---|---|---|
| 4/25/08 | Proof, revise draft motion to compel, memo | 0.4 |
| 4/30/08 | Revise motion and supporting memo | 2.9 |
| 5/7/08 | Revise motion, memo, attachments & file | 2.0 |
| | Total Pinkus time | 5.3 |
| | | $662.50 |

(See Klimaski Affidavit in Attachment 3)

## CONCLUSION

To date, Defendants have failed to provide the above responses to Plaintiff's repeated requests for these Run Sheets, initiated back on July 31, 2007, in his requests for documents. Plaintiff therefore moves to have this Court compel Defendants to provide the complete Run Sheets to Plaintiff's counsel within 10 days of this Court's Order.

Additionally, Plaintiff moves for sanctions pursuant to Fed. R. Civ. Pro. 37(a)(4) and LCvR 30.4. Plaintiff seeks reasonable expenses incurred in making this motion, including attorney's fees and costs in the amount of $1,680.00. (Attachment 3)

Respectfully submitted,

May 7, 2008

 /s/ James R. Klimaski
James R. Klimaski, #243543
Klimaski & Associates, P.C.
1625 Massachusetts Avenue NW – Suite 500
Washington, DC 20036
(202) 296-5600
Klimaski@Klimaskilaw.com

*Counsel for Ty Harris*

### CERTIFICATE OF SERVICE

I certify the foregoing ***Plaintiff's Motion to Compel Discovery, Plaintiff's Memorandum in Support of His Motion to Compel Discovery***, Attachments, and a proposed Order were served through the Court's CM/ECF Automatic Electronic Notice system on May 7, 2008, to the following counsel for Defendants:

Melvin W. Bolden
Asst. D.C. Attorney-General
Office of the D.C. Attorney-General
441 4th Street NW
6th Floor South
Washington DC  20001
202-727-3625 Fax


  /s/   Jon Pinkus
Jon Pinkus
Klimaski and Associates, P.C.