*Attachment 1*

*Plaintiff's July 31, 2007 Discovery Request*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TY HARRIS,

    Plaintiff,

v.

CHARLES H. RAMSEY, CHIEF,
District of Columbia Metropolitan
Police Department, *et al.*,

    Defendants.

Civil Action No. 06-0638 (RJL)

## PLAINTIFF TY HARRIS' FIRST SET OF INTERROGATORIES AND DOCUMENT REQUESTS TO DEFENDANTS

Plaintiff Ty Harris, through Counsel, submits the following interrogatories and requests for production of documents to Defendants Chief Charles Ramsey, the District of Columbia, and Officer J.K. Tolliver, for response, in writing, separately and fully, within 30 days of the time of service in accordance with Rules 26 and 33 of the Federal Rules of Civil Procedure.

In answering these interrogatories and request for production of documents, please furnish all information that is available to you, including, but not limited to, information in the possession of your principals, agents, attorney(s) and accountants; not merely the information known to the person preparing the answers. The individual responding for the Defendant should have appropriate knowledge and position, and should provide his or her identity and the reason he or she is providing the answers and documents.

## II. REQUEST FOR DOCUMENTS

1. The personnel files of Officer Tolliver, including, but not limited to, records of disciplinary records concerning Badge # S270, civilian complaints, and employer grievances expressed against him.

2. Copies of all tape recordings, written transcriptions, and written records of radio communications to and from the District of Columbia Metropolitan Police Department (MPD) officials working at the MPD's Second District from 7:00 pm, July 20, 2004, through 11:00 am, July 21, 2004.

3. Any and all written reports concerning a traffic stop of Ty Harris on Wisconsin Avenue, N.W., near Massachusetts Avenue, N.W., on July 20, 2004, at approximately 9:00 pm.

4. A list of all of the officers involved in the traffic stop of Ty Harris on July 20, 2004.

5. Any and all police training materials concerning the procedures for ordering traffic stops.

Respectfully submitted,

July 31, 2007

James R. Klimaski, #243543
Lynn I. Miller, #941559
KLIMASKI & ASSOCIATES, P.C.
1819 L Street NW
Suite 700
Washington, DC 20036-3830
202-296-5600

*Attorneys for Ty Harris*

# Attachment 2

# Emails following up on the unfulfilled discovery request

**Subject:** Re: Ty Harris
**From:** Megins Skolnick <skolnick@klimaskilaw.com>
**Date:** Wed, 13 Feb 2008 16:47:12 -0500
**To:** "Bolden, Melvin (OAG)" <melvin.bolden@dc.gov>, Jim Klimaski <klimaski@klimaskilaw.com>

Mr. Bolden:
We need the forms, for July 20, 2004, that each officer turned in at the end of his or her shift listing every location that the officer went to that day.
Megins

Bolden, Melvin (OAG) wrote:

> I will make contact with Officers Hannibal, Rock and Feretti to
> ascertain their availability. I believe that plaintiff has all the radio
> run that exists. If plaintiff has some idea that some particular radio
> run exists or should exist, please let me know. Please advise at your
> earliest convenience.
> Melvin Bolden
> -----Original Message-----
> From: Megins Skolnick [                                ] Sent: Tuesday, February
> 05, 2008 2:46 PM
> To: Bolden, Melvin (OAG)
> Subject: Re: Ty Harris
>
> Mr. Bolden:
>
>    To follow up with my telephone message, I faxed and mailed notices of the
> depositions of Officers Hannibal, Rock and Feretti on February 28, 2008. Also,
> we need copies of all of the radio runs that went out that evening bringing the
> other police cars to the scene.
>
> Megins Skolnick

**Subject:** Re: Ty Harris
**From:** Megins Skolnick <skolnick@klimaskilaw.com>
**Date:** Tue, 04 Mar 2008 15:29:37 -0500
**To:** "Bolden, Melvin (OAG)" <melvin.bolden@dc.gov>, Jim Klimaski <klimaski@klimaskilaw.com>

Dear Mr. Bolden;

Mr. Harris is available for deposition on March 19, 2008. However, Mr. Harris is not availble until 12:00 pm.  Also, we have requested copies of the run sheets from the patrol cars on July 20, 2004 several times.  Please provide those documents or we will be forced to move the court for an order compelling production of the run sheets.

Sincerely,

Megins Skolnick

**Subject:** Re: Run Sheets
**From:** Megins Skolnick <skolnick@klimaskilaw.com>
**Date:** Thu, 20 Mar 2008 17:08:21 -0400
**To:** "Bolden, Melvin (OAG)" <melvin.bolden@dc.gov>, Jim Klimaski <klimaski@klimaskilaw.com>

Mr. Bolden,

I have attached a copy of our first set of interrogatories and document requests. Document Request #3 covers the run sheets: 3. Any and all written reports concerning a traffic stop of Ty Harris on Wisconsin Avenue, N.W., near Massachusetts Avenue, N.W., on July 20, 2004, at approximately 9:00 pm.  The run sheets are the only way we can determine how many MPD vehicles were at the scene of the incident, per Officer Ferretti's statement that it was more than 3 or 4 cars.

Megins Skolnick

**interrogs and doc requests final.wpd**    **Content-Type:**    application/wordperfect
**Content-Encoding:** base64

**Subject:** Read: Re: Run Sheets
**From:** "Bolden, Melvin (OAG)" <melvin.bolden@dc.gov>
**Date:** Thu, 20 Mar 2008 17:20:02 -0400
**To:** "Megins Skolnick" <skolnick@klimaskilaw.com>

```
Your message

   To:       Bolden, Melvin (OAG); Jim Klimaski
   Subject:  Re: Run Sheets
   Sent:     Thu, 20 Mar 2008 17:08:21 -0400

was read on Thu, 20 Mar 2008 17:20:02 -0400



Final-Recipient: RFC822;
Disposition: automatic-action/MDN-sent-automatically; displayed
X-MSExch-Correlation-Key: bmswiq27g0iHPdXqA2tyMQ==
Original-Message-ID:
```

**Part 1.2**   **Content-Type:**   message/disposition-notification
          **Content-Encoding:** 7bit

**Subject:** RE: Depositon of Ty Harris
**From:** "Bolden, Melvin (OAG)" <melvin.bolden@dc.gov>
**Date:** Fri, 11 Apr 2008 13:08:37 -0400
**To:** "Megins Skolnick" <skolnick@klimaskilaw.com>

I have made a request for the documents but there has yet been no response. As soon as I have a response you will be informed.

**From:** Megins Skolnick [mailto:skolnick@klimaskilaw.com]
**Sent:** Friday, April 11, 2008 12:33 PM
**To:** Bolden, Melvin (OAG); Jim Klimaski
**Subject:** Re: Depositon of Ty Harris

Mr. Bolden:

A 2:00 PM start on April 17, 2008 is fine. What is the status of our discovery request for the run sheets?

Megins Skolnick


Bolden, Melvin (OAG) wrote:
I have a conflict in the morning of April 17, 2008 and will be unavailable to take your client's deposition. Would you agree to a 2:00 p.m. start time on April 17, 2008 ? Otherwise we will have to reschedule the deposition.

Melvin W. Bolden, Jr.
Assistant Attorney General
724-5695

# Attachment 3

# Klimaski Affidavit documenting firm's efforts to secure the evidence in question from Defendants' counsel

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TY HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES H. RAMSEY, CHIEF,<br>District of Columbia Metropolitan<br>Police Department, *et al.*,<br><br>    Defendants. | Case No. 1:06-cv-00638-RJL<br>Judge Richard J. Leon<br><br>Discovery closes May 9, 2008 |

### AFFIDAVIT IN SUPPORT OF SANCTIONS
### AND ATTORNEY'S FEES

I, James R. Klimaski, Attorney at Law, state under penalty of perjury that the following is true to the best of my knowledge and belief:

1. My staff and I expended the following amounts of time to pursue the missing discovery from Defendants discussed in the motion to compel. I have included the rates for each of us published by the local U.S. Attorney's Office in their annually updated table of fees known commonly as the *Laffey Matrix* that is routinely used by this Court, and a resulting monetary total that's based on these rates:

**Klimaski (Attorney at $440/hour)**
| | | |
|---|---|---|
| 2/13/08 | Phone call to Melvin Bolden | 0.1 hours |
| 2/14/08 | Confer w/ Skolnick on discovery issues | 0.2 |
| 2/28/08 | Confer w/ Bolden during deposition break | 0.1 |
| 3/19/08 | Confer w/ Bolden during deposition break | 0.1 |
| 5/1/08 | Review motion to compel, Affidavit | 0.2 |
| | **Total Klimaski time** | **0.7** |
| | | <u>$308.00</u> |

**Skolnick (Attorney at $215/hour)**
| | | |
|---|---|---|
| 2/13/08 | Email to Bolden re: the 7/20/04 Run Sheets | 0.1 hours |
| 2/27/08 | Exchange of voice mails w/ Melvin Bolden | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 3/13/08 | Exchange of voice mails w/ client | 0.1 |
| 2/28/08 | Confer w/ Bolden during deposition break | 0.1 |
| 3/19/08 | Confer w/ Bolden during deposition break | 0.1 |
| 4/11/08 | Exchange of voice mails w/ Bolden | 0.1 |
| 4/14/08 | Review email from Bolden | 0.1 |
| 4/22/08 | Drafting motion to compel and memo | 0.4 |
| 4/23/08 | Drafting motion to compel and memo | 0.1 |
| 4/24/08 | Drafting motion to compel and memo | 1.1 |
| 4/25/08 | Drafting motion to compel and memo | 1.0 |
| | **Total Skolnick time** | **3.3** |
| | | **$709.50** |

**Pinkus (Paralegal at $125/hour)**

| Date | Description | Hours |
|---|---|---|
| 4/25/08 | Proof, revise draft motion to compel, memo | 0.4 |
| 4/30/08 | Revise motion and supporting memo | 2.9 |
| 5/7/08 | Revise motion, memo, attachments & file | 2.0 |
| | **Total Pinkus time** | **5.3** |
| | | **$662.50** |

2. I have actively practiced law in the District of Columbia since December 1976. My hourly rate for fee-shifting litigation, based upon the *Laffey Matrix* prepared by and maintained at the Office of the United States Attorney, is $440.00 per hour.

3. Based on the rate of $440.00 per hour, my attorney's fees for the time listed above are $308.00.

4. Associate Megins S. Skolnick expended 3.3 hours of time, so far, to pursue this discovery from Defendants. She has actively practiced law in the District of Columbia since June 2006. Her hourly rate for fee-shifting litigation, based upon the *Laffey Matrix,* is $215.00 per hour. Her fees would therefore be $709.50.

5. Jon Pinkus has also spent 5.3 hours finalizing, revising and preparing the motion to compel, its supporting memorandum, the attachments, and this Affidavit. He is a paralegal with over 10 years of experience with my firm. The *Laffey Matrix* allows paralegals a current rate of $125.00 per hour. Fees for his work to date therefore total $662.50.

6.  The are no significant case costs I know of other than the above fees that are associated with this Motion to Compel.

                              Respectfully submitted,

May 1, 2008                              ***/s/ James R. Klimaski***
                                        James R. Klimaski, #243543
                                        Klimaski & Associates, P.C.
                                        1625 Massachusetts Avenue NW – Suite 500
                                        Washington, DC 20036
                                        (202) 296-5600
                                        Klimaski@Klimaskilaw.com

                                        ***Counsel for Ty Harris***