UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TY HARRIS,**<br><br>      Plaintiff,<br><br>      v.<br><br>**CHARLES H. RAMSEY, CHIEF,**<br>**District of Columbia Metropolitan**<br>**Police Department,** *et al.,*<br><br>      Defendants. | Case No. 1:06-cv-00638-RJL<br>Judge Richard J. Leon<br><br>Discovery closes May 9, 2008 |

**ORDER**

Upon consideration of the Plaintiff's Motion to Compel, and any oppositions or replies thereto, it is hereby;

**ORDERED** that Plaintiff's Motion is **GRANTED**, and it is further

**ORDERED** that Defendants must fully answer and respond to Plaintiff's July 31, 2007, requests for production of documents — specifically the vehicle run sheets sought in Mr. Harris' motion to compel production, within ten (10) days from the date of this Order, and it is further

**ORDERED** that the sanctions request is **GRANTED** in full.  Defendants shall have thirty (30) days to pay sanctions to Plaintiff, including $1,680.00 in attorney's fees and costs incurred in securing these discovery items and bringing this matter before the Court.

      **SO ORDERED.**

_____                            _____
Date                                                              Richard J. Leon
                                                                          United States District Judge

Copies to
Counsel via the Court's online CM/ECF Notification and Service system.