UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TY HARRIS,<br><br>       Plaintiff,<br><br>       v.<br><br>CHARLES H. RAMSEY, CHIEF,<br>District of Columbia Metropolitan<br>Police Department, *et al.,*<br><br>       Defendants. | Civil Action No. 06-0638 (RJL) |

### CONSENT MOTION FOR ENLARGEMENT OF THE TIME TO
### FILE A RESPONSE TO MOTION TO COMPEL DISCOVERY

Defendants, by and through counsel, respectfully move for an Order enlarging the time to file an opposition to Plaintiff's Motion to Compel Discovery. A response is due on May 22, 2008. Defendants seek an enlargement of five working days up to and including May 30, 2008. Pursuant to Local Rule 7(m), counsel for defendants has conferred with counsel for Ty Harris who has consented to this motion.

The grounds for the motion are that defendants have made complete disclosure of all documents, MPD personnel or radio run tapes germane to this matter. Upon the filing of the instant motion defendants renewed its search for documents germane to this matter. To date, no more information has been located.  Thus, having completed its renewed search, a brief  enlargement of time is needed to enable counsel to put together an appropriate response to the motion to compel.

For the foregoing reasons, defendants respectfully request that the court grant the foregoing Consent Motion for Enlargement of Time to File an Opposition to Plaintiff's Motion to Compel Discovery up to and including May 30, 2008.

                    Respectfully submitted,

                    PETER J. NICKLES
                    Interim Attorney General for the
                    District of Columbia, D.C.

                    GEORGE C. VALENTINE
                    Deputy Attorney General
                    Civil Litigation Division
                    /s/
                    _____
                    KIMBERLY M. JOHNSON(# 435163 )
                    Chief, General Litigation Section I
                    /s/
                    _____
                    MELVIN W. BOLDEN, JR. (# 192179)
                    Assistant Attorney General
                    441 Fourth St., N.W.
                    Sixth Floor South
                    Washington, D.C. 20001
                    (202) 724 5695
                    Attorneys for defendants

May 22, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TY HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES H. RAMSEY, CHIEF,<br>District of Columbia Metropolitan<br>Police Department, *et al.,*<br><br>    Defendants. | Civil Action No. 06-0638 (RJL) |

## ORDER

Upon consideration of defendants' Consent Motion for Enlargement of Time to File an Opposition to Plaintiff's Motion to Compel, the record herein, it is this _____ day of _____ 2008, hereby

ORDERED: that defendants shall have to May 30, 2008   to oppose or to otherwise respond to the Plaintiff's Motion to Compel ; and it is further .

　　　　　　　　　　　　　　　　　　　　　　　　RICHARD J. LEON
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TY HARRIS,<br><br>    Plaintiff,<br><br>        v.<br><br>CHARLES H. RAMSEY, CHIEF,<br>District of Columbia Metropolitan<br>Police Department, *et al.,*<br><br>    Defendants. | Civil Action No. 06-0638 (RJL) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT CONSENT MOTION FOR ENLARGEMENT OF THE TIME TO RESPOND PLAINTIFF'S MOTION TO COMPEL DISCOVERY

1. Federal Rules of Civil Procedure, Rule 6 (b).

2. Plaintiffs' consent.

3. The reasons set forth in the motion.

4. The record herein.

                Respectfully submitted,

                PETER J. NICKLES
                Interim Attorney General for the
                District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General
                Civil Litigation Division

                /s/ Kimberly M. Johnson
                _____
                KIMBERLY M. JOHNSON ( #435163)
                Section Chief, General Litigation Section I

      /s/ Melvin W. Bolden, Jr.
_____
MELVIN W. BOLDEN, JR. (# 192179  )
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695