UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TY HARRIS,

    Plaintiff,

    v.

CHARLES H. RAMSEY, CHIEF,
District of Columbia Metropolitan
Police Department, *et al.*,

    Defendants.

Civil Action No. 06-0638 (RJL)

## DECLARATION

I, Sergeant Erwin Baylor am employed by the Metropolitan Police Department and assigned to the Second Police District state the following:

1. I was asked to do a search for run sheets for vehicles of the Second District for July 20, 2004.

2. I have made a diligent search for run sheets for July 20, 2004 and could not locate run sheets for that day.

3. Beginning June, 2006, as a result of inclement weather, the entire lower level of the Second District Police headquarters including the record retention room where run sheets are stored suffered water damage. As a result of the water damage, most of the records contained therein were destroyed.

I hereby declare, under the penalty of perjury, that the aforementioned statements are true and correct to the best of my knowledge recollection and belief.

_____  5/29/08
Sergeant Erwin Baylor    Date: