Page 1

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



- - - - - - - - - - - - - - - -x
                                :
TY HARRIS,                      :
                                :
        Plaintiff               :
                                :
    v.                          : Civil Action No.
                                :
                                : 06-0638 (RJL)
CHARLES RAMSEY, CHIEF           :
DISTRICT OF COLUMBIA            :
METROPOLITAN POLICE             :
DEPARTMENT, et al.              :
                                :
        Defendant.              :
- - - - - - - - - - - - - - - -x


Washington, D.C.

Thursday, February 28, 2008

Deposition of

GREGORY ROCK,

a witness of lawful age, taken on behalf of the Plaintiff, in the above-entitled action, before SUSAN JELEN, Notary Public in and for the District of Columbia, in the offices of Klimaski & Associates, P.C., 1625 Massachusetts Avenue, N.W., Suite 500, Washington, D.C. 20036-2001, commencing at 9:50 a.m.

Diversified Reporting Services, Inc.
(202) 467-9200

1

```
1      Q    And when you arrived at the scene, how many other
2  units were there?
3      A    I can't say for sure.  I believe there was maybe
4  one or two other officers there besides the sergeant.  I
5  can't say for sure, though.
6      Q    And when you arrived at Wisconsin and
7  Massachusetts, what did you see?
8      A    I saw multiple police cars with the car stopped.
9  And to the best of my recollection, the driver of that car
10 was -- I believe he was sitting to the rear of the car.  I
11 don't know.  And just some officers talking and things like
12 that.  But I was paying attention to my rookie, making sure
13 she wasn't doing anything wrong.
14     Q    When you say sitting towards the rear of the car,
15 do you mean outside of the car?
16     A    Yeah.  I believe it was -- yeah, it was towards the
17 rear.  I can't be a hundred percent sure.
18     Q    And what was Officer Tolliver doing when
19 you --
20     A    I don't recall.
21     Q    Did you exchange any words with Mr. Harris?
22     A    Not to my knowledge, no.
```