UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| TY HARRIS ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No. 06-638(RJL) |
| v. ) | |
| ) | |
| CHARLES RAMSEY et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

It is this 3rd day of July, 2008 hereby

ORDERED that this case will be referred to the court's mediation program for a period of 90 days.

SO ORDERED.

RICHARD J. LEON
United States District Judge