UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| TY HARRIS, | ) |
|  | ) |
|  | ) |
|  | ) |
| Plaintiff | ) |
|  | ) |
| v. | ) CV No. 06-638( RJL) |
|  | ) |
| CHIEF CHARLES RAMSEY AND | ) |
| THE DISTRICT OF COLUMBIA, | ) |
|  | ) |
|  | ) |
| Defendants | ) |
|  | ) |

_____)_

## MOTION FOR ENLARGEMENT OF TIME
## TO FILE A DISPOSITIVE MOTION

Defendants, by and through counsel, respectfully move pursuant to Federal Rules of Civil Procedure, Rule 6(b) to enlarge the time in which to file a dispositive motion in the aforementioned case. Defendants request an enlargement of two business days up to and including July 10, 2008.. An attempt was made to contact plaintiff's counsel by telephone to obtain his consent to this motion but he was unavailable. At the time of the filing of this motion plaintiff's counsel had not responded. to the request.

The grounds for motion are that the undersigned counsel has devoted considerable time to this case and other work related demands. Consequently, counsel was unable to complete defendant's dispositive motion by the current deadline. The additional time will also allow for supervisory review.

Wherefore, defendants' respectfully request that this Court expand the time to

file dispositive motions up to and including July 10, 2008.

.

                        Respectfully submitted,

                        Peter J. Nickles
                        Interim Attorney General
                        for the District of Columbia


                         GEORGE C. VALENTINE
                         Deputy Attorney General
                         Civil Litigation Division

                          Kimberly M. Johnson
                        _____
                         KIMBERLY M. JOHNSON (# 435163)
                         Section Chief, General Litigation Section I

                          Melvin W. Bolden, Jr.
                        _____
                         MELVIN W. BOLDEN, JR. ( # 1921790)
                         Assistant Attorney General
                         441 Fourth St., N.W.
                         Sixth Floor South
                         Washington, D.C. 20001
                         (202) 724-5695

                 <u>CERTIFICATE OF SERVICE</u>

        I certify that on the 8th  day of July, 2008, a copy of the foregoing motion, with
memorandum and proposed order was served by electronically, on James R. Klimaski,
Esquire

                    Melvin W. Boldsen,Jr.


                    Melvin W. Bolden, Jr.
                    Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TY HARRIS, | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CV No. 06-638( RJL) |
| | ) | |
| CHIEF CHARLES RAMSEY AND | ) | |
| THE DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| _____ | )_ | |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF MOTION FOR ENLARGEMENT OF TIME
TO FILE A DISPOSITIVE MOTION

1.  Federal Rules of Civil Procedure, Rule 6 (b).

2.  The reasons set forth in the motion.

3.  The record herein.


Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

KIMBERLY MATTHEWS JOHNSON ( # 435163)
Section Chief, General Litigation Section I

Melvin W. Bolden, Jr.
_____
MELVIN W. BOLDEN, JR. (# 192179  )
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
TY HARRIS,                              )
                                        )
                                        )
            Plaintiff                   )
                                        )
v.                                      ) CV No. 06-638( RJL)
                                        )
CHIEF CHARLES RAMSEY AND                )
THE DISTRICT OF COLUMBIA,               )
                                        )
                                        )
            Defendants                  )
                                        )
_____)_


## ORDER

Upon consideration of the Motion for Enlargement of Time File a Dispositive

Motion , plaintiff's  response thereto, and the record herein, it is by the Court, this  ___day

of  July,  2008

            ORDERED: that the motion for enlargement of time to file a dispositive

motion be, and hereby is GRANTED; and it is

    FURTHER ORDERED: that the defendants shall have up to and including July 10,

 2008 to file their dispositive motion..


                        _____
                          RICHARD J. LEON
                        United States District Judge