| OFFICE OF POLICE COMPLAINTS<br>Washington, D.C.<br>Officer/Complainant/Witness Statement | OPC Complaint No.<br><br>04-0324 | |
|---|---|---|
| 1. Statement of: (Last, first, MI)<br>Tolliver, Jeffery K. | 2. DOB:<br>On File | 3. Badge No.<br>S270 |
| 4. Home Address: (Organizational element for Officers)<br>3320 Idaho Avenue NW (Second District) | 5. Home Phone: | 6. Work Phone:<br>202 282-0034 |
| 7. Name of Investigator Taking Statement:<br>Anthony Lawrence, Senior Investigator | 8. Date/Time Interview Started:<br>04/28/05, 2:10pm | |

Statement:

I do not recall the exact date of this incident. I'm normally assigned to working the evening tour in the Second District PSA 204. On the date of this incident, I observed a vehicle changing lanes without caution traveling on Wisconsin Avenue NW. I was traveling about a half block away from the car and traveling in the same direction. I do not recall which direction the vehicle was traveling. I believe I conducted the traffic stop in the vicinity of Wisconsin and Massachusetts Avenue NW. As I exited my marked police cruiser, I was told by an unidentified driver of another vehicle that the driver of the car I had stopped "He put it underneath his seat." The unidentified driver shouted repeatedly that "he put it underneath his seat." I took the unidentified persons statement as being a precautionary statement to me indicating that the driver of the car might have had a gun or weapon underneath the front seat within his wing span. The driver of the other vehicle drove away before I could obtain the tag number of the car. I immediately advised the 2-D zone dispatcher of the situation and requested back up. I wanted to make sure that back up was notified of the situation and of my location. In addition, I was concerned that the driver may have heard the warning from the unidentified driver and therefore the situation may escalate. I approached the vehicle with my weapon at my side. When I approached the car, the driver had his hands on the steering wheel. I told the driver to get out of the car. The driver of the car was very compliant and exited the car. I walked him to the rear of the car in the event that a gun was inside the car, so that we would not be in the proximity of the weapon. As we were walking back to the rear of the car, I holstered my firearm. The threat level had de-escalated. I felt the driver was being compliant. While at the rear of the vehicle, I explained the situation to the driver. At that point, Officers Gregory Rock and Kesha Hannibal arrived on the scene.

I HAVE READ THIS STATEMENT OR HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2504).

Signature of Person Giving Statement

| Date/Time Interview Ended:<br>04/28/05  3:15pm. | Investigator Signature:<br>_Lawrence_ |
|---|---|
| Witness Printed Name:<br>Jeff Weber | Witness Signature: |
| Supervisor Initials:<br>4/28/05 | Page 1 of 2 Pages |

OPC Statement Form, January 2005



DEFENDANT'S EXHIBIT A

OPC Statement Form Continuation

| Name of Person Providing Statement: | OPC Complaint No: |
|---|---|
| Jeffery Tolliver | 04-0324 |

(Statement - Continued):

I advised them of the situation and told them to standby with the driver while I checked the vehicle. I looked underneath the drivers seat. I did not find anything. I went back to the driver and apologized to him for what had happened. I felt bad because the driver was removed from the vehicle based on false information. Therefore I decided not to issue the NOI. The driver of the vehicle was very upset. The driver requested my name and badge number. I provided this information to him. At no time during this incident did I use profanity toward the driver. I did not point my weapon at the driver's abdomen. I did not point my weapon at the driver's face. I did not point my weapon at the driver because I felt that the threat level did not justify that. I try to avoid any actions that would require me doing a UFIR unless absolutely necessary. There was no UFIR in this case. A couple days after this incident, the driver called the station while I was in Lt. Rock's office. I apologized to the driver again about this incident.

Senior Investigator Anthony Lawrence assisted me in the typing and preparation of this statement.



Page 2 of 2 Pages

 

# OFFICE OF POLICE COMPLAINTS

### Memorandum of Investigative Activity
### Case Number: 04-0324

---

On April 28, 2005, Investigative Intern Jeff Weber listened to police dispatch tape labeled OCCR # 04-0324 for Case # 04-0324. The tape began at 21:17 and ended at 22:12. There was reference to a statement made that there was a gun under the seat of the car.

2040:   2040.

D:       2040.

2040:   I'm trying to overtake a Honda Civic. Current DC BE1137. Looks like the vehicle is pulling over at the intersection of Wisconsin and Mass. Occupied one time.

D:       BE1137 DC.

2040:   Affirm.

**(traffic unrelated to incident)**

D:       Can I have a unit to assist 2040 at Wisconsin and Mass Avenue? A unit to assist at Wisconsin and Mass on a traffic stop.

2041:   2041.

D:       2041.

2041:   Where's he at?

D:       Wisconsin and Mass. At 21:22 hours.

2022:   2022.

D:       2022.

2022:   Did anyone answer up for that?

---

Case Number: 04-0324
Date Prepared: April 28, 2005

This document contains neither recommendations nor conclusions of the Office of Police Complaints (OPC). It is the property of the OPC and is loaned to your agency; it and its contents are not to be distributed outside your agency.

OPC-2 (12/04)

DEFENDANT'S EXHIBIT B

D:   2041 is responding down there. 2040. Running DC BE11...

2040:   I have a citizen advising that the subject possibly stuck something underneath his seat. I'm going to check if there are any weapons.

D:   Be advised, you're 10-1 sir. 10-1 sir. 2040 coming to assist you. Stand by for your back-up. 2040.

2040:   2040 on the scene. Everything here is under control. We'll be back-up.

D:   The DC tag you gave me is BE1137 that's on a 1997 Honda Civic, 4 door. Listed to a Tyrone Harris. Expiration 11/20/2004. No stolen.

2040:   Copy.

**(traffic unrelated to incident)**

D:   2040 at Wisconsin and Mass.

2040:   2040.

D:   Is everything under control at Wisconsin and Mass?

2040:   Affirm. We are going to be 10-8.

D:   Other units at Wisconsin and Mass, you are clear. Thank you for your assistance.

This document contains neither recommendations nor conclusions of the Office of Citizen Complaint Review (OCCR). It is the property of the OCCR and is loaned to your agency; it and its contents are not to be distributed outside your agency.