UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| TY HARRIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES RAMSEY et al., )<br>)<br>Defendants. ) | Civil Case No. 06-638(RJL) |

## ORDER

It is this 3rd day of July, 2008 hereby

**ORDERED** that this case will be referred to the court's mediation program for a period of 90 days.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge