# HARRIS' RESPONSES TO DEFENDANTS' FIRST INTERROGATORIES

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TY HARRIS,

    Plaintiff,

    v.

CHARLES H. RAMSEY, CHIEF,
District of Columbia Metropolitan
Police Department, *et al.*,

    Defendants.

Civil Action No. 06-0638 (RJL)

## PLAINTIFF HARRIS' RESPONSES TO DEFENDANTS' FIRST INTERROGATORIES AND DOCUMENT REQUESTS

1. As to the person answering these Interrogatories, state your full name (and other names you have used), present address, date of birth, and Social Security number.

*Response:* Tyrone Harris a.k.a. Ty Harris, presently residing at 1350 Clifton Street NW, Apt. #412-W, Washington, DC 20009. Date of Birth is 12-11-1966, and social security number is 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.

2. State, in complete and precise detail, each and every fact supporting any contention that Plaintiff's rights were violated by defendants. In particular,

    (a) identify specifically the injury or injuries that Plaintiff contends that he experienced as a result of Defendants' actions or omissions,

    (b) state precisely when each specific injury arose; and

    (c) state precisely how Defendants' actions or omissions caused such injury.

    Identify all persons who you believe have personal, admissible knowledge of the subjects of 2(a), 2(b), and 2(c) and all documents relating or pertaining to the subjects of 2(a), 2(b), and 2(c).
    For each such person, summarize his or her knowledge related to the subjects of 2(a), 2(b), and 2(c). For each such document, identify to which part it relates.
    Attach a copy of any document that has been identified or referenced in the aforementioned interrogatory.

*Response:*

This is a huge compound question that I will answer as best I can, and given some of the wording of the question, I am also relying some on the advice of my attorneys to answer.

I have a right to live my life free of the wanton misconduct of racially bigoted police officers, anywhere in the United States, but particularly right here in my home town. My constitutional and human right is also to be free of illegal search and seizure, which were deliberately violated when, on July 20, 2004, Metropolitan Police Officer J.K. Tolliver stopped my car on Wisconsin Avenue near Massachusetts Avenue NW, at approximately 9:00 PM — without any probable cause that I understand.

My constitutional rights were further violated when this Officer Tolliver walked over to my side of my own car, stared at me for some time, then drew his gun, and — still without any provocation — pointed the gun directly at my head! I have never had a gun pointed at me before.

While still pointing this gun at me, he screamed, "Let me see your motherfucking hands, bitch! Get out of the fucking car! Get out! Keep your fucking hands up." Even after I complied, Officer Tolliver continued screaming at me, "Move to the fucking back of the car! Put your hands on the trunk!"

This interrogatory also asks me how Officer Tolliver caused me such completely unwarranted fear and injury. Well, he must have been racially profiling me when he stopped me driving down a broad city street at a normal time of the evening and then pulled his gun on me, with provocation, during a traffic stop. I am no lawyer, and maybe the police have the right to pull over anyone they wish to, I don't know, but I do know that I had done nothing that night that I am aware of to give him any cause at all to stop me — let alone pull his gun on me and then point it at my head that night!

I do not begrudge any properly trained police officer his or her right to pull over motorists on the streets, but Officer Tolliver had no right, and no cause, to so horribly escalate this traffic stop once he had done so. That's why I believe I was a victim of blatant racial profiling, followed by blatant racist treatment from a bigot of a cop that no white person, who had behaved the same as I had, would have received from this bigot, this Officer Tolliver.

This was an unforgettable, traumatic moment in my life, and it continues to violate my peace of mind in many ways I'll try to explain more below.

I understand our Fourth Amendment to the Constitution guarantees me the right to be safe from unreasonable search and seizure without probable cause. Since the vast majority of people of all races are law-abiding citizens, merely being Black and driving down Wisconsin Avenue does not give a police officer the right to believe that I, Ty Harris, am more likely to commit a crime than some other person is — without some really legitimate probable cause.

To further answer this question, I understand that the Fourteenth Amendment to our Constitution requires that all US citizens be treated equally under the law. I say this makes it even more unconstitutional for a representative of my government to make decisions based solely on my African-American race.

Officer Tolliver's actions and behavior were reckless and rude, right from the very beginning of the incident, a blatant example of racial profiling. Officer Tolliver alone escalated and exacerbated the situation by his threatening intent to use very deadly force on me when he removed his weapon from his holster and pointed it directly at my face while screaming obscenities!

I was stunned. This Officer literally assaulted me with his bigoted hostility, his own emotional instability, threatening me with a bullet to the brain if I had made just one false move. I thought I might die right there on the street. This was a racially motivated traffic stop, followed and fueled by Tolliver's racially charged dangerous and abusive behavior.

To the specific parts of this question:

(a) Specifically, I was traumatized after Officer Tolliver stopped my car when, unprovoked, he pulled his loaded weapon and began screaming obscenities at me for no apparent reason. I still suffer from significant distress even now. Since this happened, over 3 years ago now, I no longer have confidence in the protection of the MPD as a citizen of Washington, DC. Tolliver robbed me of that. Rather, I regularly feel an immense sense of fear, anxiety, and trepidation when I might need to request police services, or when I simply come into contact with some police officers — and especially when I am driving and police cars are near me. I resent having these rotten fears and

feelings, and hold Officer Tolliver, his vicious conduct — and the people who failed to properly discipline, admonish, and train him to properly respect me and all the other people he is sworn to serve — they are all responsible for my fears and stress. My body literally has a physical reaction, including heart palpitations, nervousness, dry mouth.

    (b) I was traumatized when I was pulled over back on July 20, 2004, by Officer Tolliver. I was traumatized when he drew his gun and pointed it at me. I was traumatized when Officer Tolliver screamed, "Let me see your motherfucking hands bitch! Get out of the fucking car! Get out! Keep your fucking hands up." I was traumatized when Officer Tolliver pointed his loaded gun at my head and yelled "Move to the fucking back of the car! Put your hands on the trunk!" I was traumatized when Officer Tolliver continued to keep his gun aimed at my back while waiting for other police cars to arrive. As I mentioned earlier, I now suffer from lack of confidence in the DC MPD every day, and from anxiety when police cars are near my car when I am driving. I will suffer needlessly from anxiety whenever I need to rely on the police to perform a service for me that I should be able to take for granted. Tolliver's racist abuse robbed me of that.

    (c) Officer Tolliver's illegal stop and seizure on July 20, 2004, caused my trauma and continued anxiety around DC police officers. My injuries resulted when Officer Tolliver pointed his loaded gun at my head and back, all while screaming horrible obscenities at me, threatening my life. Chief Ramsey and the District of Columbia clearly failed to properly train, instruct and continually monitor and update this rogue officer's knowledge of the law and proper procedures — otherwise, he would have treated me very differently that night in July of 2004, or never would have been in an MPD uniform that night acting with authority and responsibility wrongfully invested in Officer J.K. Tolliver. I could have died that night because of him.

    **3. If you contend that any particular person personally participated in the deprivation of any of Plaintiff's rights, state, in complete and precise detail, the dates, time and nature of any such personal participation or conduct. If you contend any person personally participated in the deprivation of more than one such alleged right, identify each such alleged right and provide the facts related to each such alleged deprivation. With**