# ANDERSONS' DEPOSITION PAGES

1  Tolliver and the suspect, Mr. Harris?

2      A    Yes, sir.

3      Q    What did you hear?

4      A    I recall Sergeant Tolliver attempting to explain to
5  him why he stopped him.

6      Q    What did he say?

7      A    He said that a citizen -- I'm not sure if on foot
8  or in a vehicle -- a citizen flagged him down and said that
9  the person driving that car had a gun. And he said -- and
10 that's when he attempted to stop his vehicle.

11     Q    Was that apparent to you when you were dispatched
12 to go to the scene, that there was a possible weapon
13 involved?

14     A    No, sir. I don't recall that being said over the
15 air.

16     Q    Do you recall anything Mr. Harris said back to Mr.
17 Tolliver -- Officer Tolliver?

18     A    That he didn't have a gun, and he wanted to know
19 who told them, I guess what citizen told them.

20     Q    And what did Sergeant Tolliver say in response?

21     A    He didn't get their information.

22     Q    Anything else said between the two of them while