# FERETTI'S DEPOSITION PAGES

1    Q    And do you remember on July 20, 2004, around 9:00

2    p.m. where you were?

3    A    No, I don't.

4    Q    Do you recall going to Wisconsin and Massachusetts

5    that day?

6    A    Yes, I do.

7    Q    And what prompted you to go to Wisconsin and

8    Massachusetts?

9    A    Well, we had an officer -- well, he was a sergeant

10   at the time -- you know, come over the radio and say that he

11   was flagged down by a citizen, that apparently, a vehicle

12   that was traveling -- or with the citizen, apparently, the

13   citizen thought that this gentleman had a gun and he was

14   stopped in the car.

15   Q    And you heard that over the radio run?

16   A    Yes.

17   Q    Was there a description of the citizen?

18   A    Well, I think it was an object, or an object or a

19   gun put under the seat or something to that effect.

20   Q    Was there a description of the citizen over the

21   radio run?

22   A    No, there was not.