# ROCK'S DEPOSITION PAGES

1    Q    And did you pat down or frisk Mr. Harris?

2    A    No, I did not.

3    Q    Did Officer Tolliver -- did Sergeant Tolliver say

4　that he had?

5    A    No, not that I recall. Nothing along those lines.

6    Q    And did Sergeant Tolliver tell you that he had

7　searched the vehicle for weapons?

8    A    He didn't tell me, no. At that point, no.

9    Q    Did Sergeant Tolliver tell you that he had done a

10　breathalyzer test on Mr. Harris?

11   A    Not that I recall.

12   Q    Did he tell you why he had pulled over Mr. Harris?

13   A    Not at the time, that I remember. I remember he

14　said something about possibly being a gun or something in the

15　car.

16   Q    And when you heard the radio run that prompted you

17　to go to Wisconsin and Massachusetts, what did -- did that

18　say anything about a weapon?

19   A    No. The radio call itself that I recall, it was

20　something about something being in the car. I don't recall

21　any specific mention of anything.

22   Q    When is the last time you listened to the radio