# TOLLIVER'S DEPOSITION PAGES

1   patrol vehicle, and started walking to Mr. Harris's car.

2       Q    Is it still daylight?

3       A    I believe it was, yes.

4       Q    You started walking towards his car.  What did you
5   do next?

6       A    Well, I was en route to his car when another driver
7   pulled up and told me that Mr. Harris had put an object
8   underneath the seat and --

9       Q    Can you describe this driver?

10      A    Black male, driving appeared to be like an older
11  model American vehicle.

12      Q    And when they said put something under his seat,
13  did he say what it was?

14      A    No.

15      Q    Did you ask that person to stop and pull over also?

16      A    He seemed adamant Mr. Harris put an object under
17  his seat.  He repeated it several times.  I focused my
18  attention on Mr. Harris.  At that point the driver sped away.

19      Q    Did you catch the license number?

20      A    No, I didn't.

21      Q    What did you do next?

1    A    I immediately notified the dispatcher, had a
2    potential weapon in the vehicle and to start me some backup
3    units.

4    Q    What made you assume it was a weapon?

5    A    Well, based on the person's demeanor that he had
6    put something under the seat, I felt it could possibly be a
7    weapon.

8    Q    Could it have been a CD?

9    A    Well, I don't think a person would stop to tell me
10   he put a CD underneath his seat.

11   Q    But you didn't say that this person stopped you to
12   -- said a weapon, did you?

13   A    No, but his mannerisms led me to believe that there
14   was something more than a CD that he had placed under his
15   seat.

16   Q    Had you ever met this driver before?

17   A    No.

18   Q    Did the driver indicate that he knew Mr. Harris?

19   A    No.

20   Q    Did you get an opportunity to ask this driver to
21   stop so that you discuss with -- get further information from

1  him?

2      A    No.

3      Q    After you talked to this driver, what did you do
4  next?

5      A    Once again I advised the dispatcher to send me some
6  units.

7      Q    And did you wait for the other units to arrive
8  before you did anything else?

9      A    At that point I felt -- probably heard the subject
10 tell me that he potentially had a weapon. I had no cover. I
11 was exposed. So I approached his driver's side window.

12     Q    Since he potentially had a weapon, did you draw
13 your weapon?

14     A    Yes.

15     Q    And what did you say to Mr. Harris when you
16 approached him? Well, first of all, was his window up or
17 down?

18     A    It was down.

19     Q    Were all the windows in his car down, or just the
20 driver window?

21     A    I don't know.

1  Q  Was that from the front of the seat or the back of
2  the seat?

3  A  I believe I was in the -- where the driver or front
4  passenger's legs would have been.

5  Q  Was there a console between the two front seats?

6  A  I'm not sure, but there probably would have been.

7  Q  What did you do next?

8  A  Did not find a weapon. Went back, apologized to
9  Mr. Harris. Explained what had happened and we cleared.

10 Q  How many backup cars showed up?

11 A  I believe there was two or three.

12 Q  Now each time you take out a car, do you have to
13 fill out a form at the beginning and the end of the shift
14 when you use the vehicle?

15 A  You're supposed to, yes.

16 Q  What form is that?

17 A  It's called a run sheet. I believe it's a Form
18 775.

19 Q  Did you fill out a run sheet that night?

20 A  No, I didn't.

21 Q  Why not?

1    Q    You never talked with him directly?

2    A    No, I didn't.

3    Q    Were you ever required to take any anger management

4    course?

5    A    No.

6    Q    Were you ever directed to see a psychologist or a

7    therapist?

8    A    No.

9    Q    Did anybody ever indicate to you they thought that

10   you were an angry person?

11        MR. BOLDEN:  Objection.  Go ahead.  You can answer.

12        THE WITNESS:  No, on the contrary.  They think I'm

13   really very nice and usually very happy and upbeat.

14        BY MR. KLIMASKI:

15   Q    Did you issue Mr. Harris a ticket that evening?

16   A    No.

17   Q    Why not?

18   A    Well, I felt bad that he had been inconvenienced.

19   Q    At the end of the shift, did you discuss Mr.

20   Harris's incident with any other police officers at the end

21   of the shift?

1    mark that that's where their cars were at that time?

2    A    They're supposed to.

3    Q    Did you ascertain whether or not Mr. Harris was

4    drinking at all before driving?

5    A    Oh, I had no reason to believe he had been

6    consuming any alcohol.

7    Q    I believe you said, though, that he was driving up

8    the street at a high rate of speed, changing lanes; isn't

9    that correct?

10   A    Yes.

11   Q    What did you say to him about that?

12   A    I explained to him that's why I had originally

13   stopped him.

14   Q    What did he say in response to that?

15   A    I don't recall.

16   Q    Now this person, this black male who drove by and

17   said look under his seat --

18   A    He didn't say look under his seat.

19   Q    What did he say?

20   A    He put it underneath his seat.  It's under his

21   seat.