# HARRIS' DEPOSITION PAGES

27

1   Q   Directing your attention to the incident
2   which was the subject of your complaint, can you give
3   me -- can you tell me what happened that day?
4   A   I was driving -- I was driving north on
5   Wisconsin Avenue. Saw a police officer in my rearview
6   mirror quite a ways back. When I got to -- when I
7   crossed over Wisconsin and when I crossed over Mass
8   Avenue the police officer pulled, pulled in front of
9   me and stopped me, looked at me through his car for a
10  moment, got out of his car, stared at me for some time
11  and after a while drew his weapon and started
12  screaming at me at the top of his lungs. A
13  significant amount of hostility and anger and --
14  Q   Let me ask you a question while you are
15  contemplating.
16      Did the police officer get out of his
17  vehicle?
18  A   Yes.
19  Q   And did he approach your vehicle?
20  A   Yes.
21  Q   What side of your vehicle did he approach?
22  A   He approached the driver's side.

39

1  And I think I may have responded by saying
2  something to the effect of is that relevant.  And he
3  snapped back and said something, something.  I think
4  he just asked the question or some of the same
5  questions again in just a more hostile tone.
6      Then Mr. Tolliver came back and, you know,
7  started explaining, you know, why he had pulled me
8  over.  And he was explaining that some motorist back
9  there, quote, unquote, told him to check under the
10 seat.
11     And I had questioned him about -- I had
12 questioned him about the manner in which he had
13 carried this out.  And I said, you know, something to
14 the effect of, you know, well, do you pull over over
15 motorist that, you know, when some other motorist --
16 do you pull over everybody when some motorist tells
17 you to check under the seat and start cursing at them
18 and start calling them bitch.
19     And one of the other officers just in utter
20 hostility and defiance just started yelling at me we
21 don't know who you are or what you got or just some
22 unusual obscenities, just completely non-sequitur.

DEPOSITION OF TY HARRIS
CONDUCTED ON THURSDAY, APRIL 17, 2008

42

1  hostility employed, given the force that was employed,
2  given the reasons for why I was pulled over and for
3  why my vehicle was entered and the presumption,
4  unwavering presumption that I had a gun or something
5  else in my vehicle, and given the fact that there was
6  no reason to pull me over considering I was simply
7  driving along on the street as any other motorist was
8  it seems likely to me that Mr. Tolliver pulled me over
9  for some reason that had absolutely nothing to do with
10 me driving recklessly or me running a -- disobeying a
11 traffic signal or a stop sign or someone informing him
12 that my car was stolen.
13         I think that would be the principle reason
14 that I used racially profiling.  I believe he pulled
15 me over because I was a black man with dreads driving
16 up Wisconsin Avenue in upper Northwest on the street.
17     Q   Okay.  What other -- what other facts would
18 you infer, from which you would infer that race was a
19 factor?
20     A   Repeat, please.
21     Q   What other facts would you point to from
22 which you could infer that race was a factor?

45

1   A   Again, let's see. No ticket was issued.
2 There was no reckless driving. There was no
3 endangerment by me to the public of any kind. There
4 was my understanding no calls from MPD central office
5 alerting officers that there is a black man in a
6 silver Honda Civic driving on Wisconsin Avenue who
7 needs to be pulled over and detained.
8       Considering there is a plastic bag under my
9 seat, considering I did not have a weapon or had not
10 done anything at all and that a gun was pulled from
11 officer Tolliver's holster and pointed at me for
12 absolutely no reason whatsoever I think it is not
13 unreasonable for me to conclude that this is racially
14 motivated.
15   Q   Okay. Let's go on.
16       Then you say, and I am just being --
17 truncating this, followed and fueled by Tolliver's
18 racially charged dangerous and abusive behavior.
19       What you do you have to support?
20   A   Can you read that again, please.
21   Q   This is at page 3. Followed and fueled by
22 Tolliver's racially charged dangerous and abusive

55

1   A   Yes.

2   Q   Did he tell you to put your hands on the car
3   or did he just push you that way?

4   A   He told me to put my hands on the car and I
5   believe he also pushed me to put my hands on the car.

6   Q   Did there come a time when he frisked you,
7   patted you down in any way?

8   A   Not that I recall.

9   Q   Up until the time that he put you on the car
10  having your hands on the car had he told you the
11  reason why he stopped you?

12  A   I'm sorry.  One more time.

13  Q   Up to the point of the time that he had you
14  put your hands on the back of the car --

15  A   Yes.

16. Q   -- had he told you at all why he stopped you?

17  A   No.

18  Q   Once he had you at the back of the car how
19  soon after did any other police officer arrive that
20  you noticed?

21  A   I think it was within like five minutes.

22  Q   Would it have been -- well, I shouldn't --

63

1  started talking amongst themselves.
2       When did that occur?
3     A  Well, it occurred shortly after they arrived
4  and continued, during the -- during Mr. Tolliver's
5  search of my car, Officer Tolliver's search of my car
6  and even after.
7     Q  Did all the police cars leave before you
8  started driving away?
9     A  No. I was -- to my knowledge I was the first
10 to pull away after asking them to move their cars.
11    Q  No one issued you any traffic ticket;
12 correct?
13    A  No ticket was issued, no citation.
14    Q  Did anyone talk to you at all about any
15 alleged traffic offense or possibility of any traffic
16 offense --
17    A  No.
18    Q  -- at any time?
19    A  Not even remotely.
20    Q  Now you mentioned you had been involved in
21 traffic stops before; correct?
22    A  Yes.