# COMPLAINTS AGAINST OFFICER TOLLIVER

# A



REGIONAL OPERATIONS COMMAND-NORTH
Second Police District

3320 Idaho Avenue, NW, Washington D.C., 20016 (202) 282-0042 FAX (202) 282-0196

September 13, 2003

<u>CONFIDENTIAL MEMORANDUM</u>

TO: Commanding Officer
Second District

SUBJECT: Preliminary Report of Reference to an Allegation of Misconduct by an Unnamed Second District Officer (CS-03-1199)

On September 12, 2003, the Second District Commander, Jeffrey Moore, received a call from FBI Special Agent Charles Davis wherein Special Agent Davis made an allegation of misconduct by an unnamed Second District Police Officer. Commander Moore then directed the undersigned official to contact Agent Davis and ascertain the facts and circumstances surrounding the alleged misconduct.

On September 12, 2003, I contacted FBI Special Agent Charles Davis via, his cell phone and interviewed him about the incident. Agent Davis stated on September 11, 2003 sometime between 1925 and 1930 hours, he and other members of the FBI were involved in transporting the Director of the FBI across the Francis Scott Key Memorial Bridge as a part of an enhanced Executive Protection Detail that the agency had provided for him.

Agent Davis then stated that as their vehicles were crossing the bridge approaching M Street NW, he observed a lone uniformed Metropolitan Police Officer in the intersection of Key Bridge and M Street directing traffic. He also stated that the traffic was congested and the vehicles, unmarked Chevy Suburban trucks with emergency lights on the top, in which they were traveling, had the emergency lights activated but not the sirens. The officer observed the vehicles and waved them through the intersection. Agent Davis related that he was seated in the rear of one of the trucks with the window down. As the vehicles passed the officer Agent Davis states that he looked the officer directly in the eyes and stated "Thank You". The officer then stated, in a voice loud enough for the other occupants in the vehicle to hear, "Fuck You!" Several of the other occupants of the vehicle heard the officer's comment and asked Agent Davis what he did to the officer to elicit that type of response. He stated that he had done nothing to the officer and was just thanking him for getting the vehicles through the intersection.

Agent Davis describes the officer as a White male of medium height and weight in his mid-thirties. He also observed an unoccupied marked MPDC Police Cruiser parked at the intersection where the officer was standing. The cruiser had the numbers "270" on it. He finally added that while he didn't want to cause problems fro anyone, he felt the officer's conduct was completely unprofessional and unwarranted.

ATTACHMENT #1

-2-

A check of the vehicle board indicated that the vehicle is Cruiser 2089, assigned to Patrol Service Area (PSA) 208. The vehicle inventory sheets, dated September 11, 2003, prepared by the Evening Tour Roll Call Sergeant, Harry M Hayes, indicated that vehicle was parked and not assigned to any officer or official during the 1400-2200 hours tour of duty on September 11, 2003.

The Roll Call Sheets for that tour of duty indicate that Cruiser 270 was not assigned to any officer or official during the 1400-2200 hours tour of duty on September 11, 2003.

On this date, I was serving as the Second District Watch Commander for the 1400-2200 hours tour of duty. Sometime during the evening part of the tour, I directed Sergeant Jeffrey Tolliver to respond to the area of Key Bridge and M Street NW to monitor the reported congested traffic in the area. A review of the Second District Vehicle Tracking Forms and the Evening Roll Call Forms did not indicate that Sergeant Tolliver was assigned any MPD Vehicle during that tour of duty.

On September 12, 2003, I queried Sergeant Tolliver about the vehicle that he used during the evening tour of duty on September 11, 2003. Sergeant Tolliver stated that he utilized Cruiser 2089 during that tour of duty.

On September 13, 2003, Sergeant Steven Chew of the Office of Professional Responsibility was contacted and briefed about the above listed facts and circumstances. He then provided the OIA Control Number listed above.

Sergeant Jeffrey K. Tolliver
Badge:              -027
Appointment Date:   03-28-88
SSN:
Salary:             $68,193
Grade: 4    Step:   5

Accordingly, this information is forwarded for your review and determination.

Mark V. Carter Sr.
Lieutenant

*Notifications:*
Cmdr. J. Moore, 2D C/O         1530 hrs
Sgt. S. Chew, OPR/OIA          1800 hrs.
Lt. J. Hamm, ROC North         1830hrs

| | | |
|---|---|---|
| METROPOLITAN POLICE DEPARTMENT Washington, D.C.  COMPLAINANT/WITNESS STATEMENT | | PD 119 REV. 04/99 |
| | 1. COMPLAINT NO. | |
| 2. NATURE OF INVESTIGATION | 3. UNIT FILE NO. | |
| 4. STATEMENT OF : (Last, First, Middle) Tolliver, Jeff | 5. DOB | 6. SEX |
| 7. HOME ADDRESS | 8. HOME PHONE | |
| 9. EMPLOYMENT (Occupation and Location) MPD Second District | 10. BUSINESS PHONE | |
| 11. LOCATION STATEMENT TAKEN 3320 Idaho Ave., NW | | |
| 12. NAME OF OFFICER TAKING STATEMENT (IF OTHER THAN BLOCK 15 INCLUDE SIGNATURE) | 13. DATE/TIME STARTED 09/17/03 20:40 Hours | |

14. STATEMENT

On Thursday September 11, 2003, at approximately 19:30 hours, I was directing traffic at the intersection of Key Bridge and M Street. At that time, two unmarked, dark blue, sport utility vehicles with red and blue strobe lights flashing entered the intersection. Upon entering the intersection the vehicles activated their sirens and proceeded to cross through the intersection as I attempted to halt traffic on both sides to avoid a potential accident. The occupants of the vehicles made no attempt to identify themselves or their purpose to me as they approached my position, leaving me with the impression that they were improperly using their emergency equipment to circumnavigate the heavy traffic congestion. The only contact I had with any of the occupants of these vehicles was when a single occupant of the vehicles waved his arm at me in what I perceived to be in a manner defiant of my authority to control traffic within the intersection. My surprised response to the gesture of this individual was to silently mouth the words "what the fuck are you doing?".

This situation was caused by the lack of communication on the part of the occupants of the two vehicles. Should they have taken but a few seconds to properly identify themselves to me, I would have been more than willing to immediately render any assistance they required. I fully understand that my unintentional use of non-auditory profanity was improper and I accept full responsibility for it.

15. I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. "I UNDERSTAND THAT MAKING A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2514)".

[signature] Signature of Person Giving Statement

16. DATE/TIME ENDED 09/17/03 20:50 Hours

17. Page 1 of 1 Pages

18. OFFICER OBTAINING THE SIGNATURE IN BLOCK [signature] (Name and Signature)

19. PERSON WITNESSING THE SIGNATURE IN BLOCK 15: (Name and Signature)

Biographical Data Sheet

Sergeant Jeffrey Tolliver

| | |
|---|---|
| Social Security Number: | ███████ |
| Badge Number: | S270 |
| Date of Appointment: | 03-28-88 |
| Date Assigned to the Second District: | 06-94 |
| Pay Grade/Step/Salary: | 04/04/$64,948 |
| Major Commendations: | none |
| Disciplinary Actions: | none |

Attachment #3



## Second Police District

3320 Idaho Avenue, NW, Washington D.C., 20016 (202) 282-0042 FAX (202) 282-0196

November 5, 2003

**MEMORANDUM**

TO:      Executive Assistant Chief of Police
         Operations Command

THRU:    Regional Assistant Chief of Police   *Concur R.C. Monroe A/C R.C. 11/15/03*
         Regional Operations Command-North

SUBJECT: Investigation of Complaint Against Sergeant Jeffrey Tolliver of the
         Second District (CS-03-1199).

Forwarded for your review and consideration is an investigative report submitted by Lieutenant Patrick Marshall, concerning a complaint filed by Special Agent Charles Davis. Agent Davis alleges that on Thursday, September 11, 2003, Sergeant Tolliver exhibited unprofessional conduct after he attempted to give him thanks for his assistance with congested traffic.

Lieutenant Marshall has concluded that Mr. Walker's allegation against Sergeant Tolliver is classified as <u>Sustained</u>, and recommends Adverse Action for violating General Order 1202.1 Part I, B 12.

                                                  A/Cmdr
                                                  Jeffrey A. Moore
                                                  Commander

Attachments

# POLICE

## Second Police District

3320 Idaho Avenue, NW, Washington D.C., 20016 (202) 282-0042 FAX (202) 282-0196

November 5, 2003

## MEMORANDUM

TO: Commander
Second District

THRU: Assistant Commander
Second District

SUBJECT: Final Investigative Report with Recommendation Concerning Citizen's Complaint Involving Sergeant Jeffrey Tolliver of the Second District (CS-03-1199)

### Overview

Special Agent Charles Davis of the Federal Bureau of Investigation reported that on September 11, 2003, at approximately 1925 hours, he was seated in the back of a vehicle involved in the protection detail for his agency's director. As the vehicle passed a Metropolitan Police Department officer directing traffic at Key Bridge and M Street, Northwest, Agent Davis said thank you to the officer for assisting them in moving through congested traffic. Agent Davis alleges the officer replied, "Fuck you!"

### Investigation

In a preliminary report, Lt. Mark Carter of the Second District stated on September 12, 2003, he was directed by Commander Jeffrey Moore to contact Agent Davis in reference to an allegation of misconduct by an unidentified member of the Second District. Lt. Carter interviewed Agent Davis by telephone. Agent Davis reported that on September 11, 2003, between 1925 and 1930 hours, he and other members of the Federal Bureau of Investigation's Executive Protection Detail were involved in escorting the Director of the FBI across the Key Bridge. Traffic was congested and a lone Metropolitan Police Department officer was directing traffic at Key Bridge and M Street, Northwest. The protection detail members were operating unmarked Chevrolet Suburban trucks with activated emergency lights on top. The officer waved the detail vehicles through the intersection. Agent Davis reported that he was seated in the rear of one of the trucks. As his truck passed the officer, Agent Davis said, "Thank you." The officer replied, loud enough to be heard by the other occupants, "Fuck you!" The other occupants of the truck asked Agent Davis what did he do to elicit such a response. Agent Davis stated he had done nothing and was just thanking the officer for getting the vehicles through the intersection. Lt. Carter reported he had directed Sergeant Jeffrey Tolliver to monitor traffic in the area of Key Bridge and M Street, Northwest during that tour of duty. (Attachment #1)

-2-

In a prepared statement, Sergeant Tolliver reported that on September 11, 2003, at approximately 1930 hours, he was directing traffic at Key Bridge and M Street, Northwest. Two unmarked, dark blue, sport utility vehicles with red and blue strobe lights flashing entered the intersection. The vehicles activated their sirens and crossed the intersection as Sergeant Tolliver attempted to halt traffic on both sides to avoid a potential accident. The occupants of the vehicle made no attempt to identify themselves or state their purpose as they approached his position. Sergeant Tolliver stated he was left with the impression that they were using their emergency equipment to circumnavigate the heavy traffic. An occupant of one of the vehicles waved his arm at Sergeant Tolliver in a manner that he perceived to be defiant of his authority to control traffic within the intersection. Sergeant Tolliver stated that his surprised response was to silently mouth the words, "What the fuck are you doing?" This situation was caused by the lack of communication on the part of the occupants of the two vehicles. Sergeant Tolliver reported if they had taken time to properly identify themselves, he would have been more that willing to immediately render any assistance they required. Sergeant Tolliver stated, "I fully understand that my unintentional use of non-auditory profanity was improper and I accept full responsibility for it." (Attachment #2)

On September 24, 2003, Agent Davis reported by telephone that he was detailed outside the metropolitan area and unavailable for a written statement. The investigating official requested that Agent Davis provide the identity of witnesses and a written statement via fax to the Second District. This information has not been furnished to date. Numerous unsuccessful attempts to contact Agent Davis by telephone have been made since the initial contact.

Conclusion and Recommendations

Sergeant Tolliver admitted he used profanity toward an occupant of the vehicle.

Based on the above, I find the allegation by Agent Davis is **Sustained** and recommend Sergeant Jeffrey Tolliver be cited for **Adverse Action** for the following charge and specification:

| | |
|---|---|
| Charge #1: | Violation of General Order 1202.1, Part I, B, 12, which reads in part, "Conduct unbecoming an officer, including acts detrimental to good discipline, conduct that would affect adversely the employee's or the agency's ability to perform effectively…" As further specified by General Order 201.26, Part I, C, 3, which reads, "Members shall refrain from harsh, violent, coarse, profane, sarcastic, or insolent language. Members shall not use terms or resort to name calling which might be interpreted as derogatory, disrespectful, or offensive to the dignity of any person." |
| Specification #1: | On Thursday, September 11, 2003, at approximately 1925 hours, Sergeant Jeffery Tolliver mouthed the words, "What the fuck are you doing?" to Agent Davis. |

-3-

Agent Davis was notified of the finding and recommendation of this report on September 24, 2003.

*[signature]*
Patrick Marshall
Lieutenant

Attachments

-4-

## Attachments

1. Preliminary Report by Lt. Mark Carter dated September 13, 2003
2. P.D. 119, Complainant/Witness Statement by Sgt. Jeffrey Tolliver
3. Biographical Data of Sgt. Jeffrey Tolliver



# METROPOLITAN POLICE DEPARTMENT
## Regional Operations Command North





Ronald C. Monroe, Assistant Chief of Police

November 10, 2003

**MEMORANDUM**

TO:      Assistant Chief of Police
Office of Professional Responsibility

SUBJECT:    Final Investigative Report with Recommendations Regarding the Citizen's Complaint Filed by Special FBI Agent Charles Davis against Sergeant Jeffrey Tolliver of the Second District, CS # 03-1199

Please find attached the final investigative report with recommendations submitted by Commander Jeffrey Moore regarding the citizen's complaint filed by Special FBI Agent Charles Davis against Sergeant Jeffrey Tolliver.

Based on the facts uncovered in the investigative report Commander Moore recommends the allegation that Sergeant Tolliver was unprofessional on September 11, 2003, be classified as **SUSTAINED** and that the member be cited for Adverse Action. I have reviewed the investigative report and concur with the recommendations.

Lieutenant Marshall on September 24, 2003, notified Special Agent Davis of the findings of the investigation and of his right to appeal in writing to the Chief of Police.

Ronald C. Monroe
Assistant Chief of Police

Attachment(s)





# METROPOLITAN POLICE DEPARTMENT
## Office of Professional Responsibility

November 18, 2003

**MEMORANDUM**

**TO:** Assistant Chief of Police
Office of Professional Responsibility

**SUBJECT:** Investigative Report Concerning a Complaint of Unprofessional Conduct Involving Second District Sergeant Jeff Toliver
(CS 03-1199)

- **Date** September 11, 2003
- **Location** 2D/Key Bridge & M Street, N.W.
- **Allegation(s)** Use of Profanity
- **Findings** Sustained/Adverse Action
- **Synopsis** The complainant, an FBI special agent, alleged as his motorcade passed the above location, the sergeant stated fuck you. The investigation disclosed the FBI special agent was part of a 2- vehicle escort and were attempting to negotiate the above intersection during a period of heavy traffic. As they approached the intersection, the sergeant was directing traffic and assisted the escort through the intersection. As C1 passed the sergeant he said thank you and the sergeant responded, saying fuck you. The sergeant admits to the allegation.

## DISCIPLINARY REVIEW DIVISION

## COMMANDING OFFICER'S RESOLUTION HEARING WORKSHEET

| MEMBER'S NAME: Tolliver, Jeffery | UNIT: 7D | RANK: Sgt | DATE OF INCIDENT: / / |
|---|---|---|---|

DDRO CASE NUMBER # 307-03

CS TRACKING NUMBER # 03-1199

**DDRO CHARGE(S)**
#1 Conduct
#2
#3

DDRO PENALTY RANGE 1-10 Days

AUTHORIZED BY: [signature] 11/26/07

RESULTS DUE IN DDRO / /

WAS AN AGREEMENT REACHED?
☑ YES
☐ NO

**(IF YES) FINAL AGREEMENT**
5 Day / Hold 3 in Abeyance - Serve 2 Days

*If a portion of the agreed penalty is to be held in abeyance, provide a breakdown of the final penalty. Absent an alternative arrangement, days in abeyance will be held for twelve months from the date of the Resolution Hearing.*

PRINT NAME: Jeff Moore
*Official Conducting Resolution Hearing*

SIGNATURE: [signature] Cmdr 7-D

*I have read the final agreement as stipulated and certify that it accurately reflects the agreement reached during the resolution hearing.*

MEMBER'S SIGNATURE: [signature]

UNION OR EMPLOYEE REPRESENTATIVE'S SIGNATURE:



# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## OFFICE OF POLICE COMPLAINTS

August 12, 2005

Ty J. Harris
1350 Clifton Street N.E., #412-W
Washington, D.C. 20009

    RE:    OPC Complaint No. 04-0324

Dear Mr. Harris:

    I am writing regarding the above-referenced complaint, which you filed with the Office of Police Complaints (OPC), formerly the Office of Citizen Complaint Review (OCCR), on July 21, 2004. In your complaint, you alleged that on July 20, 2004, Metropolitan Police Department (MPD) officers engaged in police misconduct. The complaint was referred to OPC's mediation process and you refused to participate.

    Accordingly, based on the statute governing OPC, the complaint was dismissed on August 10, 2005. No further action will be taken on the complaint by OPC, but if you wish to pursue this matter further, please contact the MPD directly. If you have any questions, please contact Assistant Chief Investigator Kesha Taylor at (202) 727-3838 and refer to the complaint number listed above.

                                                 Sincerely,

                                                 Philip K. Eure
                                                 Executive Director