# COMPLAINTS AGAINST OFFICER TOLLIVER

# B

Tolliver 2-D

| OCCR-1 | |
|---|---|
| **GOVERNMENT OF THE DISTRICT OF COLUMBIA**<br>**OFFICE OF CITIZEN COMPLAINT REVIEW**<br>730 11th Street, N.W., Suite 500<br>Washington, D.C. 20001<br>(202) 727-3838<br><br>**CITIZEN COMPLAINT FORM** | 1. OCCR Control Number<br>**04-0324**<br>*To Be Completed by OCCR Staff*<br>2. Day, Date & Time Complaint Received<br>OCCR AUG 4 '04 PM 12:01<br>*To Be Completed by OCCR Staff*<br>3. MPD Control System Number<br><br>*To Be Completed by OCCR Staff* |

4. How Complaint Was Received: *To Be Completed by OCCR Staff*
In Person ☐ Fax ☐ E-mail ☐ U.S. Mail ☐ MPD ☐ Other ☐ Specify:

| 5. Complainant's Name – Last, First, Middle | 6. Date of Birth | 7. Age | 8. Sex | 9. Race, National Origin or Ethnicity |
|---|---|---|---|---|
| [redacted] | [redacted] | 37 | M | BLACK |

| 10. Home Address | 11. D.C. Ward (if resident) | 12. Home Telephone Number |
|---|---|---|
| [redacted] | | [redacted] |

| 13. Work Address | 14. Occupation | 15. Work Telephone Number |
|---|---|---|
| Same as home | REAL Estate | [redacted] |

| 16. Other Means of Contacting Complainant (cell phone or pager number, e-mail address, friend, etc.) | 17. General Nature of Incident |
|---|---|
| | HARASSMENT & DISCRIMINATION |

| 18. Location of Incident | 19. D.C. Ward (where incident occurred) |
|---|---|
| Wisconsin & Massachussetts Ave NW | Ward 2, I believe |

| 20a. Day of Week Incident Occurred | 20b. Date of Incident | 20c. Time of Incident | 21. Witnesses |
|---|---|---|---|
| Tuesday | 7.20.2004 | 9:30 PM | |

| 22. Officers Involved (name, badge number, police district, if known) | 23. MPD Vehicle Number/Description |
|---|---|
| J.K. Tolliver, Badge 5270 | DC TAG – GT2822 |

24. Physical Description(s) of Officer(s) (hair and eye color, height, sex, race/ethnicity, etc.)
White, 6'-6'1" (height)

| 25a. Describe Injuries (if any) | 25b. Where Treated (name of hospital, doctor, etc.) |
|---|---|
| | |

26. Preferred Language of Communication (if other than English)

27. Name(s), Telephone Number(s) or Contact Information (of other people present during the incident, including other police officers)

OCCR-1 (Reverse Side)

| Complainant's Name – Last, First, Middle | OCCR Control Number |
|---|---|
| ▮▮▮▮▮▮▮▮▮▮▮▮ | To Be Completed by OCCR Staff |

**28. Describe the Incident:**

Please refer to letter

Attach Additional Pages If Necessary   Page Number ___ of ___ Pages of Narrative

**29. Complainant's Certification**

"I hereby certify that to the best of my knowledge, and under penalty of perjury, the statements made herein are true."

▮▮▮▮▮▮▮▮▮▮   7.30.2004
Complainant's Signature    Date

| 30. Complaint Received by: | 31. Complaint Reviewed by: | 32. Action Taken |
|---|---|---|
| To Be Completed by OCCR Staff | To Be Completed by OCCR Staff | To Be Completed by OCCR Staff |



July 20, 2004

This evening around 9:20pm, police officer J.K. Tolliver (Badge #S270, driving car DC Tag # GT2822) pulled me over as I was driving north on Wisconsin Avenue at the corner of Wisconsin & Massachusetts Avenues. I drive a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ As I was driving it appeared that he was following someone else, and as I crossed Wisconsin Avenue he quickly pulled in front of my car. He got out of his car, and was just looking a me for about 10-15 seconds. At this time, my right hand was on the top of stirring wheel and my left arm was hanging out of the window. He then pulled his gun out of his holster, pointed it at me, and screaming at the top of his voice with what sounded like as much anger & hostility as he could summon, he said "LET ME SEE YOUR MOTHER FUCKING HANDS BITCH! GET OUT OF THE FUCKING CAR! GET OUT!" KEEP YOUR FUCKING HANDS UP! When I got out of my car, he stood about 6 feet away from me, lifted his gun from pointing to my chest, and pointed his gun directly at my face. Right at my face! With his hostility he seemed out of control, and I was certain that he would shoot me right in my face. I was terrified, and my heart rate increased significantly. I thought that he was going to shoot me.

"MOVE TO THE FUCKING BACK OF THE CAR! PUT YOUR HANDS ON THE TRUNK!" he was extremely hostile, screaming at me. Standing behind me with his gun pointing at me, he called for "back up" and he then began processing my license.
In a very rude tone he said, "YOUR LICENSE AIN'T GONNA COME BACK WITH ANYTHING ON IT IS IT?! IT BETTER NOT COME BACK WITH ANYTHING ON IT!" He threatened me. The voice over his communication device began saying my name, address & car information. Not 5 minutes had passed when 10 more police cars with sirens came speeding to the scene where we were and quickly surrounded me. All of the officers in every vehicle got out of their cars. In the police car in front of me a white female in civilian clothes got out of the car with an officer and walked toward me. They looked at me and then started smiling and then walked behind me and started talking with other officers. I could not hear what they were saying. Then, two different officers (1 white male, 1 black male) began asking me "WHAT's GOING ON." Their tone showed equal disrespect & hostility as Officer Tolliver's. I don't know, I replied. 'WHAT DO YOU MEAN YOU DON'T KNOW?! WHAT'S UP?!" Their tone increased with disrespect & anger. WHY DID YOU GET PULLED OVER?!" I do not know, I said calmly.

Officer Tolliver then put his gun away & continued to stand behind me.
Showing no more respect he began asking me questions. "DO YOU HAVE A WEAPON ON YOU!" I responded, no. "DO YOU?!" he screamed. I do not. My tone was calm. "WHAT'S IN YOUR CAR?! DO YOU HAVE SOMETHING UNDER YOUR SEAT?!" I responded, no. "SO I'M NOT GONNA FIND NOTHIN' UNDER YOUR SEAT?! DO YOU HAVE A WEAPON IN YOUR CAR?! I responded, no. THERE BETTER NOT BE ANYTHING IN HERE!" he threatened.. WHAT DID YOU PUT UNDER YOUR SEAT?!

Page 1 of 3



He walked away & started looking in my car. He asked for a flashlight from another officer & started searching my car. When he was done, the threat had been identified. It was an empty plastic bag from Fresh Fields grocery store on the passenger side floor of my car.

"YOU CAN TAKE YOU HAND OF THE CAR NOW. YOU CAN TAKE YOUR HANDS OFF OF THE CAR NOW, SIR! YOU CAN SIT IN THE CAR NOW. SIR, YOU CAN SIT IN THE CAR NOW IF YOU WANT." I responded calmly, I understand. I did not move.

Officer Tolliver began talking to other officers behind me. Four or five officers began to circle around me. "WHAT'S THAT IN YOUR POCKET?!" officer Tolliver yelled at me. I slowly pulled out an elastic jogging aid for my knee & threw it on the trunk of my car.
SIR, WE'LL HAVE YOU OUT OF HERE IN FEW MINUTES," he said.
He asked me again, WHAT DID YOU PUT UNDER YOUR SEAT?! DID YOU PUT SOMETHING UNDER YOUR SEAT? I responded calmly, no. YOU DIDN'T PUT NOTHIN' UNDER YOUR SEAT?! his tone suggested that I was not telling the truth. I responded, what did you find under my seat? He ignored me.

Officer Tolliver, then began to explain "SIR THE REASON I PULLED YOU OVER IS BECAUSE, YOU KNOW THAT CAR YOU PASSED SHORTLY BACK THERE? There were several cars on the road and I had passed quite a few cars. "WELL, THEY TOLD ME TO CHECK UNDER THE SEAT." I asked is that why you pulled a gun on me and pointed it to my face? The other black officer jumped in to defend Office Tolliver, his tone was defensive and adversarial, and he was yelling, "WE DO THIS TO PROTECT OURSELVES. WE DON'T WHO YOU ARE OR WHAT YOU GOT! WE HAVE TO PROTECT OURSELVES FROM THE FACT THAT YOU MIGHT BE CARRYING SOMETHING! WE DON'T KNOW THAT! SO WE HAVE TO PROTECT OURSELVES." I asked them both, what about my protection? Is it protocol for you to pull your gun and point it in the face of every driver that you pull over to investigate their routine & unsuspicious driving activity? And to start off by cursing at the driver and calling them "BITCH?" Both of these officers ignored me, and Officer Tolliver handed me back my license.

I asked Office Tolliver for his full name & badge number. He would only give me his initials, last name and badge number, which I could not verify. I asked him if I may see his ID. He said no. I asked him if I may get one of his business cards. He said no. I said, may I ask why? His reply was arrogant; "BECAUSE I DON'T HAVE TO!"



Are you done, I asked. "YEAH." Can you move your cars so that I may leave? I asked. I got into my car & drove off. I was livid. I was shaking from fear, indignation, anger, and other emotions from what I had just experienced and how I was treated.
When it was all said & done, no citation was issued, no warning, and not surprisingly, no apology. What sustains however have far more disturbing repercussions.

As I write this letter at almost midnight tonight, my stomach is still in a knot and hurting as a result of this entire experience, and can hardly articulate how upset I am. What happened was a vulgar display of disrespect, unprofessional demeanor and volatile behavior from a law enforcement official. There was never any threat of any kind or danger from the start. The concern was unwarranted and exaggerated at best. And the situation was handled in a very harassing manner.

This experience is an immense & phenomenal display of police harassment based on nothing. His need to pull a gun on me and point it at my face was, without question, unnecessary, demeaning and humiliating.

It is an inexcusable exercise of inappropriate behavior and language, and I strongly believe that this officer's treatment of me is the result of discrimination and profiling against black citizens.

I refuse to believe that this officer used the appropriate protocol to address this situation. If he did, then I shudder to think that this is the way the every District of Columbia Police Officer should respond when they approach any motorist who runs a yellow light or a stop sign, or who may "have something under the seat?" Is this how they should respond to the request of another motorist telling an officer to check under someone else's seat? And what did this other motorist see me do, and when? Whatever this "person" saw, they obviously didn't see.

Tonight, a hostile and harassing DC Police Officer pulled a gun on me, pointed it at my face, and threatened me, for reasons both ludicrous and unwarranted. Officer Tolliver's display this evening was extremely harassing, unnerving and very upsetting. I feel psychologically and emotionally traumatized, and I feel neither safe nor confident with the District of Columbia Police, rather I feel targeted, afraid, threatened, and victimized. Is this an illustration of how law enforcement is at work to "protect me?" Is this the price black citizens pay for being DC motorists?

I request an immediate, full investigation into this extremely disturbing incident, and a formal, written apology from the District of Columbia Police Department.

Cordially,



Page 3 of 3



# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## OFFICE OF POLICE COMPLAINTS

August 12, 2005

Sergeant Jeffrey K. Tolliver
Badge No. S0270
Metropolitan Police Department
Second District
Washington, D.C. 20019

    **RE:   OPC Complaint No. 04-0324**

Dear Sergeant Tolliver:

    I am writing regarding the above-referenced complaint, which was filed against you on July 21, 2004, with the Office of Police Complaints (OPC), formerly the Office of Citizen Complaint Review (OCCR). The complaint alleged that on July 20, 2004, you engaged in police misconduct. The complaint was referred to OPC's mediation process and the complainant refused to participate.

    Accordingly, based on the statute governing OPC, the complaint was dismissed on July 10, 2005. No further action will be taken on the complaint by OPC. If you have any questions, please contact Assistant Chief Investigator Kesha Taylor at (202) 727-3838 and refer to the complaint number listed above.

                             Sincerely,

                             Philip K. Eure
                             Executive Director

cc:     Lieutenant Madeline Timberlake
        Metropolitan Police Department
        OPC Liaison Unit