# COMPLAINTS AGAINST OFFICER TOLLIVER

# C

OCCR-1

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**OFFICE OF CITIZEN COMPLAINT REVIEW**
730 11th Street, N.W., Suite 500
Washington, D.C. 20001
(202) 727-3838

# CITIZEN COMPLAINT FORM

| | |
|---|---|
| 1. OCCR Control Number | *To Be Completed by OCCR Staff* |
| 2. Day, Date & Time Complaint Received | *To Be Completed by OCCR Staff* |
| 3. MPD Control System Number | *To Be Completed by OCCR Staff* |

**4. How Complaint Was Received** — *To Be Completed by OCCR Staff*
In Person ☐  Fax ☐  E-mail ☐  U.S. Mail ☐  MPD ☐  Other ☐  Specify:

| 5. Complainant's Name – Last, First, Middle | 6. Date of Birth | 7. Age: 22 | 8. Sex: M | 9. Race, National Origin or Ethnicity |
|---|---|---|---|---|
| 10. Home Address | | 11. D.C. Ward (if resident): 4th | 12. Home Telephone Number | |
| 13. Work Address | | 14. Occupation: Freelance journalist | 15. Work Telephone Number | |

| 16. Other Means of Contacting Complainant (cell phone or pager number, e-mail address, friend, etc.) | 17. General Nature of Incident: excessive force |
|---|---|

| 18. Location of Incident: 3200 M Street | 19. D.C. Ward (where incident occurred) |
|---|---|

| 20a. Day of Week Incident Occurred: Thursday | 20b. Date of Incident: 5/22 | 20c. Time of Incident: 11:30 | 21. Witnesses |
|---|---|---|---|

| 22. Officers Involved (name, badge number, police district, if known) | 23. MPD Vehicle Number/ Description |
|---|---|

**24. Physical Description(s) of Officer(s)** (hair and eye color, height, sex, race/ethnicity, etc.)
Caucasian, light brown hair, tall

| 25a. Describe Injuries (if any): abdominal wall abrasion | 25b. Where Treated (name of hospital, doctor, etc.): Georgetown Hospital |
|---|---|

**26. Preferred Language of Communication** (if other than English)

**27. Name(s), Telephone Number(s) or Contact Information** (of other people present during the incident, including other police officers)

RVA DL 7/01        (Please continue on the reverse side)

OCCR-1 (Reverse Side)

| Complainant's Name – Last, First, Middle | OCCR Control Number |
|---|---|
| ███████ | *To Be Completed by OCCR Staff* |

**28. Describe the Incident:**

On Thursday May 22nd on the 3200 block of M street Officer ███████ used excessive force while arresting me. Please see the attachment for additional information.

Attach Additional Pages If Necessary    Page Number ___ of ___ Pages of Narrative

**29. Complainant's Certification**

"I hereby certify that to the best of my knowledge, and under penalty of perjury, the statements made herein are true."

███████  Complainant's Signature    Date 5/23

| 30. Complaint Received by: | 31. Complaint Reviewed by: | 32. Action Taken |
|---|---|---|
| *To Be Completed by OCCR Staff* | *To Be Completed by OCCR Staff* | *To Be Completed by OCCR Staff* |

P.D. 99
Rev. 12/84

# METROPOLITAN POLICE DEPARTMENT
Washington, D.C.

## CITIZEN COMPLAINT REPORT

| 1. FID Control Number | 2. Date of Report: Friday May 23rd |
|---|---|
| 3. Date of Occurrence: Thurs. May 22nd 2003 | 4. District of Occurrence: Georgetown |
| 5. Complainant's Home Phone | 6. Complainant's Business Phone |

7. Complainant's Name - Last, First, Middle: [redacted]

8. Complainant's Home Address: [redacted]

9. Complainant's Business Address: (none use home address)

10. Location of Incident: 3200 block of M Street (in the middle

11. Nature of Complaint: use of unnecessary or excessive force

12. Description of Complaint

☞ NOTICE: Making a False Statement is Punishable by Criminal Penalities (D.C. Code, Section 22-2514)

(see attached type written copy)

13. Complainant's Certification

I certify that, to the best of my knowledge and belief, the above information is true and correct

Complainant's Signature: [redacted]

| 14. Report Received by: | Date/Time | 15. FID Reviewer | 16. CRD Reviewer |
|---|---|---|---|

(Use plain paper if additional space is needed.)

CITIZEN COMPLAINT FORM

The incident I am reporting occurred on Thursday, May 22nd at about 11:30 as I was walking along M Street in Georgetown. I hadn't had time for dinner that night so I was planning to go to a take-out restaurant. When I reached the 3200 block of M Street, I realized I would soon have to cross the street. There was construction going on all along M Street, but since there wasn't any machinery at this point I thought it would be a good place to cross. Let me make this point clear: there were ABSOLUTELY NO SIGNS to indicate that pedestrians were not to cross the street. There were only small pylons placed about ten feet apart- but no printed information.

When I got to the other side of the street I couldn't get up on the sidewalk because there was a orange, netted fence about four feet tall blocking the way. I was trying to figure out the shortest way to get back on the sidewalk when a police officer (my height but broader; African American; short hair) approached shouting, "What are you doing?" Like anyone in such a situation I was startled and shrugged my shoulders apologetically. The officer got right in my face and told me I was in a construction zone and I had to get out. As I mentioned before, there were no signs to warn pedestrians to keep out. And at that moment I noticed two other people about 40 feet in front of me who were *also* walking in the construction zone. I pointed to them and asked, "Why are they walking here then?" This was only an observation and was not meant to disrespect the officer.

Let me just say here that I am a non-aggressive person by nature. I am student at George Washington University who has never had any kind of trouble with the law. I do what I'm told to by my superiors. The entire exchange with the police officer lasted only 20 seconds and all I wanted to do was obey him and get back on the sidewalk. I noticed that about 20 feet down the street there was a gap in the orange, net fence. I am not a wise guy; I wanted to obey the officer, so I immediately started walking towards the gap. What happened next was one of the worst experiences of my life.

To walk down the street I had to turn my back on the officer- who had been joined by two or three others now. I meant no respect by turning my back, and I certainly wasn't disobeying him. Just the opposite I was trying to do exactly what he asked: get out of the construction zone. Just as I turned my back, one of the other officers started cursing and came up behind me, grabbing me by the back of the neck. He then twisted both my arms behind my back and dragged me over to a police car. HE SLAMMED ME ONE THE HOOD OF THIS CAR at least two times and pushed my face down onto the metal. I couldn't believe this was happening, I even yelled, "This Crazy!" and after he slammed me, "Please stop!" This officer is name ▮▮▮▮▮▮ He was a tall Caucasian with pale complexion and light brown hair. After they put me in the Police car I realized my stomach was bleeding from where he'd smashed me. After I got to the Police Station I had to be taken to the hospital. I have the certificate from the doctor who examined me. After returning from the hospital I spent the night in a cell.

As I've said, this was one of the worst experiences I've ever had, but don't take my word for it. Take the word of one of your own officers. The policeman who drove me to hospital told me I should file this complaint. He was very understanding and realized that I had been mistreated. The exact quote he said to me was this: "Sometimes we make mistakes too." This was a very unfortunate mistake that I'd really like to put in the past as soon as possible.



# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## OFFICE OF POLICE COMPLAINTS

August 24, 2005

Sergeant Jeffrey K. Tolliver
Badge No. S0270
Metropolitan Police Department
Second District
Washington, DC 20019

    RE:    OPC Complaint No. 03-0398

Dear Sergeant Tolliver:

    I am writing regarding the above-referenced complaint, which was filed against you on May 23, 2003 with the Office of Police Complaints (OPC), formerly the Office of Citizen Complaint Review (OCCR). The complaint alleged that on May 23, 2003, you engaged in police misconduct. The complaint was investigated by OPC, and after interviewing witnesses and collecting other evidence, we have concluded that there is no reasonable cause to believe that police misconduct occurred in this case.

    Accordingly, based on the statute governing OPC, and the findings of our investigation, the complaint was dismissed on August 15, 2005. No further action will be taken on the complaint by OPC. If you have any questions, please contact Assistant Chief Investigator Kesha Taylor at (202) 727-3838 and refer to the complaint number listed above.

                                                 Sincerely,

                                                 Philip K. Eure
                                                 Executive Director

cc:    Lieutenant Madeline Timberlake
       Metropolitan Police Department
       OPC Liaison Unit