# COMPLAINTS AGAINST OFFICER TOLLIVER

# D



CITY OF COCONUT CREEK
INTER OFFICE MEMORANDUM

To: DIRECTOR WHALEN

Date: 12-29-82

From: PSO JONES JOHN M.

Subject: IMPROPER POLICE PROCEDURES

ON 12-29-82 AT 0014 HRS THIS OFFICER, OFFICER TOLLIVER AND OFFICER DESIRI WERE DISPATCHED TO 4090 NW 45 ST REFERENCE A B+E OF AN AUTO IN PROGRESS. UPON MY ARRIVAL OFFICER TOLLIVER WAS ALREADY THERE BUT HAD NOT ADVISED DISPATCHER THAT WAS AT 0017 HRS. AS WE PULLED UP OFFICER TOLLIVER PUT HIS UNIT IN GEAR AND PULLED OUT GOING RIGHT ON NW 42 AVE TO COCONUT CREEK BLVD AND MAKING ANOTHER RIGHT TURN. THIS OFFICER THEN HAD TO SEND OFFICER DESIRI FROM THE SCENE TO LOCATE OFFICER TOLLIVER BECAUSE AT THIS TIME I WAS STILL NOT AWARE OF WHAT WAS GOING ON. THIS WAS THEN ADVISED BY COMPLAINANT THAT 3 W/M HAD REMOVED A TAIL LIGHT LENSE FROM HIS VEHICLE THIS OFFICER ADVISED DISPATCHER THAT IT WAS A LARCENEY THATS WHEN I HEARD OFFICER TOLLIVER ADVISE HE WAS 10-97 THE AREA. UPON ASKING OFFICER TOLLIVER WHAT WAS GOING ON AND WHY HE DIDN'T GO 10-97 WHEN HE ARRIVED HE TOLD ME THAT HE FORGOT TO IN ALL THE EXCITEMENT. WHICH PUT HIMSELF IN DANGER AND WHEN HE PULLED AWAY AND I HAD TO SEND OFFICE DESIRI OUT TO FIND HIM HE PUT THE REST OF US IN DANGER AND THE PEOPLE WHO WERE OUTSIDE THE HOUSE BECAUSE WE DIDN'T KNOW WHAT WE HAD OR WHAT WAS GOING ON. ALSO WHEN OFFICER DESIRI TRIED TO LOCATE OFFICER TOLLIVER HE WAS UNABLE TO DO SO AND TRIED TO RAISE OFFICER TOLLIVER ON THE RADIO WITH NO LUCK. BY THIS TIME OFFICER TOLLIVER WAS BACK AT THE SCENE AND THIS OFFICER HAD TO TELL OFFICER TOLLIVER TO ANSWERE HIS RADIO. BECAUSE OF THE NATURE OF THIS INCIDENT THIS OFFICER REQUEST THE DIRECTOR TO TAKE DEPARTMENT ACTION AGENST OFFICER TOLLIVER AT THE DIRECTORS DISCRETION.

PSO John M Jones

CC TO OFFICER TOLLIVER

CITY OF COCONUT CREEK
INTER OFFICE MEMORANDUM

To: DIRECTOR WHALE Date: 29 DEC. 82

From: PSO T TOLLIVER Subject:

DEAR SIR,

ON DEC. 29, 1982 AT 0014 HR. I RECIVED A CALL IN REFERENCE TO A B AND E AUTO. IN PROGRESS AT 4090 NW 5 ST. I RESPOUNDED TO THE CALL FROM SUNSHINE DR. WHEN I ARRIVED AT THE ABOVE ADDRESS I OBSERVED FOUR PEOPLE IN THE FRONT YARD, A MAN WHO APEARED TO BE ABOUT 40, A WOMEN WHO APPEARED TO BE 30-35 YR. AND 2 TEEN AGER'S.

WHEN I GOT OUT OF THE CAR THE MAN W/M (HENERY R KREBS) STATED THAT 3 TEENAGERS HAD BEEN STEALING PARTS FROM HIS TRUCK AND THEY HAD JUST STARTED RUNNING AROUND THE CORNER, I THEN THOUGTH I MIGHT HAVE A CHANCE TO STOP AND CATCH THE JUVINILES

I OBSERVED PSO JONES AND PSO DEVINE COMING AROUND THE CORNER I MOTIONED TO ~~A~~ THEM WITH MY HAND THAT I WAS GOING AROUND THE CORNER OF ST. IN HOPES OF CATCHING THE SUSPECTS.

I MADE A MISTAKE OF NOT GOING OVER THE AIR AND STATEING I WAS 97-IN AREA, IN THE RUSH AND EXITEMENT I HAD FORGOTTEN, AND I'M DEEPLY SORRY FOR THAT.

I DID NOT HEAR 7A53 GOING OVER THE AIR TRYING TO CALL ME I HAVE NEVER MISSED A CALL, 7A53 STATED THAT WHEN HE TRIED TO CALL SOMEONE ELSE ANSWERED. (ALSO I HAD MY RADIO TURNED DOWN IN REF. TO BEING UNNOTICED BY SUSPECTS) ALSO I'D LIKE FOR IT TO BE NOTED THAT THIS WAS MY ~~[illegible]~~ FIRST CALL OF THIS NATURE THAT I HAD EVER RESPOUNDED TO.

RESPECTFULLY SUBMITTED

PSO J. TOLLIVER

W

MY DIRECTION OF TRAVLE

39 AVE

COCONUT CREEK BLD.

5TH ST.

S

N

4090

41 AVE.

DIRECTION OF ROUTE OF SUSPECTS

E



CITY OF COCONUT CREEK
INTER OFFICE MEMORANDUM

To: DIRECTOR WHALEN

Date: 12-29-82

From: PSO JONES JOHN M.

Subject: IMPROPER POLICE PROCEDURES

---

ON 12-29-82 AT 0014 HRS THIS OFFICER, OFFICER TOLLIVER AND OFFICER PESIRI WERE DISPATCHED TO 4090 NW 55 ST REFERENCE A BFE OF AN AUTO IN PROGRESS. UPON MY ARRIVAL OFFICER TOLLIVER WAS ALREADY THERE BUT HAD NOT ADVISED DISPATCHER THAT WAS AT 0017 HRS. AS WE PULLED UP OFFICER TOLLIVER PUT HIS UNIT IN GEAR AND PULLED OUT GOING RIGHT ON NW 42 AVE TO COCONUT CREEK BLVD AND MAKING ANOTHER RIGHT TURN. THIS OFFICER THEN HAD TO SEND OFFICER PESIRI FROM THE SCENE TO LOCATE OFFICER TOLLIVER BECAUSE AT THIS TIME I WAS STILL NOT AWARE OF WHAT WAS GOING ON. THIS WAS THEN ADVISED BY COMPLAINANT THAT 3 W/M HAD REMOVED A TAIL LIGHT LENSE FROM HIS VEHICLE THIS OFFICER ADVISED DISPATCHER THAT IT WAS A LARCENEY. THATS WHEN I HEARD OFFICER TOLLIVER ADVISE HE WAS 10-97 THE AREA. UPON ASKING OFFICER TOLLIVER WHAT WAS GOING ON AND WHY HE DIDN'T GO 10-97 WHEN HE ARRIVED HE TOLD ME THAT HE FORGOT TO IN ALL THE EXCITEMENT. WHICH PUT HIMSELF IN DANGER AND WHEN HE PULLED AWAY AND I HAD TO SEND OFFICE PESIRI OUT TO FIND HIM HE PUT THE REST OF US IN DANGER AND THE PEOPLE WHO WERE OUTSIDE THE HOUSE BECAUSE WE DIDN'T KNOW WHAT WE HAD OR WHAT WAS GOING ON. ALSO WHEN OFFICER PESIRI TRIED TO LOCATE OFFICER TOLLIVER HE WAS UNABLE TO DO SO AND TRIED TO RAISE OFFICER TOLLIVER ON THE RADIO WITH NO LUCK. BY THIS TIME OFFICER TOLLIVER WAS BACK AT THE SCENE AND THIS OFFICER HAD TO TELL OFFICER TOLLIVER TO ANSWERE HIS RADIO. BECAUSE OF THE NATURE OF THIS INCIDENT THIS OFFICER REQUEST THE DIRECTOR TO TAKE DEPARTMENTAL ACTION AGENST OFFICER TOLLIVER AT THE DIRECTORS DISCRETION.

PSO John M Jones

CC TO OFFICER TOLLIVER



CITY OF COCONUT CREEK
INTER OFFICE MEMORANDUM

To: DIRECTOR WHALE

Date: 29 DEC. 82

From: PSO J TOLLIVER

Subject:

DEAR SIR,

ON DEC. 29, 1982 AT 0014 HR. I RECIVED A CALL IN REFERENCE TO A B AND E AUTO. IN PROGRESS AT 4090 NW 5 ST. I RESPOUNDED TO THE CALL FROM SUNSHINE DR. WHEN I ARRIVED AT THE ABOVE ADDRESS I OBSERVED FOUR PEOPLE IN THE FRONT YARD, A MAN WHO APEARED TO BE ABOUT 40, A WOMEN WHO APPEARED TO BE 30-35 YR. AND 2 TEEN AGER'S.

WHEN I GOT OUT OF THE CAR THE MAN W/M (HENERY R KREBS) STATED THAT 3 TEENAGERS HAD BEEN STEALING PARTS FROM HIS TRUCK AND THEY HAD JUST STARTED RUNNING AROUND THE CORNER, I THEN THOUGTH I MIGHT HAVE A CHANCE TO STOP AND CATCH THE JUVINILES

I OBSERVED PSO JONES AND PSO DEVINE COMING AROUND THE CORNER I MOTIONED TO ~~B~~ THEM WITH MY HAND THAT I WAS GOING AROUND THE CORNER OF ST. IN HOPES OF CATCHING THE SUSPECTS.

I MADE A MISTAKE OF NOT GOING OVER THE AIR AND STATEING I WAS 97-IN AREA, IN THE RUSH AND EXITEMENT I HAD FORGOTTEN, AND IM DEEPLY SORRY FOR THAT.

I DID NOT HEAR 7A53 GOING OVER THE AIR TRYING TO CALL ME I HAVE NEVER MISSED A CALL, 7A53 STATED THAT WHEN HE TRIED TO CALL SOMEONE ELSE ANSWERED.

(ALSO I HAD MY RADIO TURNED DOWN IN REF. TO BEING UNNOTICED BY SUSPECTS)

ALSO ID LIKE FOR IT TO BE NOTED THAT THIS WAS MY ~~[illegible]~~ FIRST CALL OF THIS NATURE THAT I HAD EVER RESPOUNDED TO.

RESPECTFULLY SUBMITTED

PSO J. TOLLIVER

E
DIRECTION OF ROUTE OF SUSPECTS
41 AVE.
4090
5TH ST
COCONUT CREEK BLD.
S
MY DIRECTION OF TRAVLE
39 AVE
W
N

Personnel File

**CITY OF COCONUT CREEK**
INTER OFFICE MEMORANDUM

To: Jeffrey Tolliver, Pusblic Safety Officer
Public Safety Department

Date: December 30, 1982

From: John M. Whalen, Director
Public Safety Department

Subject: Side-Handle Baton Training

You will attend the side-handle baton training class to be scheduled in January between the hours of 1800-2000 hours on dates to be set.

There will be no overtime pay for this additional training. In order for you to effectively carry the baton you must have certification.

JMW:jr



**CITY OF COCONUT CREEK**
INTER OFFICE MEMORANDUM

To: Judie Reiss, Administrative Aide
Public Safety Department

Date: December 29, 1982

From: Rick Myers, Training Officer *RM.*
Side Handle Baton

Subject: Certification

In regards to the Certification of your Department in the use of the Side-Handle Baton. Sixteen (16) officers participated and fifteen (15) met the minimum standards and past with a minimum score of 70%.

JEFFREY TOLLIVER did not meet the basic requirements and it is recommended that he re-take the course in order to obtain a certification.

RM;jr

*Personal file*
*Copy to Jeff*
*JM*

CITY OF COCONUT CREEK
INTER OFFICE MEMORANDUM

To: Jeffrey Tolliver, Public Safety Officer
Public Safety Department

Date: December 29, 1982

From: John M. Whalen, Director 
Public Safety Department

Subject: Memo of 12/29/82
Oral Reprimand

In reply to your and Team Leader Jones memo regarding your actions this date at 4090 NW 5th Street at the scene of a larceny from auto.

Your actions, while good intentioned caused your Team Leader apprehension as to your safety and resulted in temporary confusion to the tactical operations of your team.

I want to remind you once again, to "take it slow". Remember your training, and that you are part of a team.

This is to be considered an oral reprimand and a copy will be placed in your personnel file.

JMW:jr

ACKNOWLEDGEMENT OF RECEIPT

Signature

Date



CITY OF COCONUT CREEK
INTER OFFICE MEMORANDUM

To: Jeffrey Tolliver, Public Safety Officer
Public Safety Department

Date: December 29, 1982

From: John M. Whalen, Director
Public Safety Department

Subject: Memo of 12/29/82
Oral Reprimand

In reply to your and Team Leader Jones memo regarding your actions this date at 4090 NW 5th Street at the scene of a larceny from auto.

Your actions, while good intentioned, caused your Team Leader apprehension as to your safety and resulted in temporary confusion to the tactical operations of your team.

I want to remind you once again, to "take it slow". Remember your training, and that you are part of a team.

This is to be considered an oral reprimand and a copy will be placed in your personnel file.

JMW:jr

ACKNOWLEDGEMENT OF RECEIPT

Jeff Tolliver
Signature

1 Jan 83
Date