# COMPLAINTS AGAINST OFFICER TOLLIVER

# E

**CITY OF COCONUT CREEK**
INTER OFFICE MEMORANDUM

To: Director Whalen                              Date: 15 November 1983

From: Cpl. A.J. Parvis                           Subject: P.S.O. Tolliver

Sir,

    On 15 November 1983, I was advised that P.S.O. Tolliver requested a meeting with you without using the chain of command. P.S.O. Tolliver continuously refuses to go through proper channels by by-passing his Team Leader when requesting meetings, time off, and information from A/A J. Reiss. I attempted to speak with P.S.O. Tolliver on this problem and requested a memo from him (please see attached of what P.S.O. Tolliver turned in for a memo)

    On 15 November 1983 A/A Reiss sent me a memo reference to an incident with P.S.O. Tolliver on 14 November 1983. P.S.O. Tolliver was rude to A/A Reiss in reference to his time sheet. Upon my speaking to P.S.O. Tolliver about the incident with A/A Reiss he stated that she should have telephoned to turn in his time sheet. When I explained that it was not her job to telephone for the time sheets, that it was P.S.O. Tolliver's own responsibility he stated that if she has got a complainaint than to write him up.

    I recommend that P.S.O. Tolliver be made to apologize to A/A Reiss and be disciplined for by passing chain of command.

Respectfully Submitted,

Cpl. A. Parvis

**CITY OF COCONUT CREEK**
INTER OFFICE MEMORANDUM

To: Cpl. Tony Parvis
Public Safety

Date: November 15, 1983

From: Judie Reiss, C/R Supervisor
Public Safety

Subject: PSO Tolliver's attitude

On November 14, 1983 at approximately 1400 hours I was at City Hall turning in payroll. PSO Tolliver came over to City Hall, without permission from either myself or his Supervisor to turn in his pay sheet.

I proceeded to tell him that since his pay sheet was not in on time he would be paid straight time with no overtime. He turned around walked out of the area we were in slamming the first door in my face. I opened the door, called his name and tried to explain why he was being paid in this manner.

His attitude was one of rudeness and complete lack of interest.

JR