# COMPLAINTS AGAINST OFFICER TOLLIVER

# F


*Tolliver's file* [handwritten]

May 15, 1984

Ricky Lee Jones
10777 W. Sample Road
Coral Springs, FL 33065

Dear Mr. Jones:

An investigation is being conducted regarding your complaint against Officer Tolliver, Case #84-6002.

You will be notified, in writing, of the findings after the investigation is completed.

Sincerely,

John M. Whalen,
Director

JMW/jcd