# COMPLAINTS AGAINST OFFICER TOLLIVER

# G

# EMPLOYEE CHANGE OF STATUS REPORT

Please enter the following change(s) as of **12/20/82**

Name **TOLLIVER, Jeffrey**

Clock or Payroll No. _____

Soc. Sec. Number _____

### FROM

| Job | Dept. | Shift | Rate |
|---|---|---|---|
|  |  |  |  |

### TO

| Job | Dept. | Shift | Rate |
|---|---|---|---|
|  |  |  |  |

**REASON FOR CHANGE:**

- [ ] Hired
- [ ] Re-hired
- [ ] Promotion
- [ ] Demotion
- [ ] Transfer
- [ ] Merit Increase
- [ ] Length of Service Increase
- [ ] Re-evaluation of Existing Job
- [ ] Resignation
- [ ] Retirement
- [ ] Layoff
- [ ] Discharge

- [ ] Leave of Absence to _____ Date

Other reason or explanation: **SUSPENSION 16 hours w/o pay.**

AUTHORIZED BY _[signature]_    APPROVED BY _[signature]_

Prepare in triplicate:    (1) Personnel    (2) Payroll    (3) Employee's Department

© Copyright 1967 — V. W. EIMICKE ASSOCIATES, INC., Bronxville, N. Y.
(Form 119)    Printed in U.S.A.