# RADIO RUN TRANSCRIPT FROM THE OFFICE OF POLICE COMPLAINTS

 

# OFFICE OF POLICE COMPLAINTS

### Memorandum of Investigative Activity
### Case Number: 04-0324

---

On April 28, 2005, Investigative Intern Jeff Weber listened to police dispatch tape labeled OCCR # 04-0324 for Case # 04-0324. The tape began at 21:17 and ended at 22:12. There was reference to a statement made that there was a gun under the seat of the car.

2040:   2040.

D:      2040.

2040:   I'm trying to overtake a Honda Civic. Current DC BE1137. Looks like the vehicle is pulling over at the intersection of Wisconsin and Mass. Occupied one time.

D:      BE1137 DC.

2040:   Affirm.

**(traffic unrelated to incident)**

D:      Can I have a unit to assist 2040 at Wisconsin and Mass Avenue? A unit to assist at Wisconsin and Mass on a traffic stop.

2041:   2041.

D:      2041.

2041:   Where's he at?

D:      Wisconsin and Mass. At 21:22 hours.

2022:   2022.

D:      2022.

2022:   Did anyone answer up for that?

---

Case Number: 04-0324
Date Prepared: April 28, 2005

This document contains neither recommendations nor conclusions of the Office of Police Complaints (OPC). It is the property of the OPC and is loaned to your agency; it and its contents are not to be distributed outside your agency.

OPC-2 (12/04)

DEFENDANT'S EXHIBIT B

Continuation of Memor... of Investigative Activity                    2
Case Number: 04-0324
Date Prepared: April 28, 2005

---

D:    2041 is responding down there. 2040. Running DC BE11...

2040: I have a citizen advising that the subject possibly stuck something underneath his seat. I'm going to check if there are any weapons.

D:    Be advised, you're 10-1 sir. 10-1 sir. 2040 coming to assist you. Stand by for your back-up. 2040.

2040: 2040 on the scene. Everything here is under control. We'll be back-up.

D:    The DC tag you gave me is BE1137 that's on a 1997 Honda Civic, 4 door. Listed to a Tyrone Harris. Expiration 11/20/2004. No stolen.

2040: Copy.

**(traffic unrelated to incident)**

D:    2040 at Wisconsin and Mass.

2040: 2040.

D:    Is everything under control at Wisconsin and Mass?

2040: Affirm. We are going to be 10-8.

D:    Other units at Wisconsin and Mass, you are clear. Thank you for your assistance.

This document contains neither recommendations nor conclusions of the Office of Citizen Complaint Review (OCCR). It is the property of the OCCR and is loaned to your agency; it and its contents are not to be distributed outside your agency.