UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TY HARRIS, <br><br> Plaintiff, <br><br> v. <br><br> CHARLES H. RAMSEY, CHIEF, District of Columbia Metropolitan Police Department, *et al.*, <br><br> Defendants. | Case No. 1:06-cv-00638-RJL <br> Judge Richard J. Leon <br><br> August 11, 2008 |

### REQUEST FOR HEARING

Plaintiff Ty Harris, through counsel, requests a Hearing on Defendants' pending Motion to Dismiss or Alternatively for Summary Judgment which they filed on July 10, 2008.

A hearing will assist the Court in clarifying Plaintiff's reasons for disputing qualified immunity and the lack of need for an expert witness to show the District of Columbia and Former MPD Chief Ramsey were negligent in its training of Officer Tolliver.

Several phone calls to opposing counsel seeking his position on this request have gone unanswered at the time of this filing.

                                                          Respectfully submitted,

August 11, 2008                          */s/ James R. Klimaski*
                                                     James R. Klimaski #243543
                                                     Lynn I. Miller
                                                     Megins S. Skolnick
                                                     Klimaski & Associates, P.C.
                                                     1625 Massachusetts Avenue NW – Suite 500
                                                     Washington, D.C. 20036-2245
                                                     (202) 296-5600
                                                     Fax (202) 296-5601

                                                     *Counsel for Ty Harris*

## Certificate of Service

I certify that the foregoing *Request for Hearing* was served through the Court's CM/ECF Automatic Electronic Notice system on August 11, 2008, to the following counsel for Defendants upon the successful filing of it with the Court's CM/ECF website facilities:

Darrell Chambers, #980872
Assistant Attorney-General
Office of the D.C. Attorney-General
441 4th Street NW
Suite 600 South
Washington DC  20001
e-mail: darrell.chambers@dc.gov
*Filed Defendants' Reply Memo supporting their motion to dismiss on 8/4/2008*

Melvin W. Bolden
Assistant Attorney-General
Office of the D.C. Attorney-General
441 4th Street NW
Suite 600 South
Washington DC  20001
202-727-3625 Fax
*Filed Defendants' Motion to Dismiss on July 10, 2008*

                               /s/   Jon Pinkus
                              Jon Pinkus
                              Klimaski and Associates, P.C.