UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TY HARRIS,**<br><br>    **Plaintiff,**<br><br>        v.<br><br>**CHARLES H. RAMSEY, CHIEF,**<br>**District of Columbia Metropolitan**<br>**Police Department,** *et al.,*<br><br>    **Defendants.** | **Civil Action No. 06-0638 (RJL)** |

## SCHEDULING ORDER
## FOR HEARING

Plaintiff's request for a hearing on the pending motion to dismiss from defendants is hereby **GRANTED**. It is hereby **ORDERED** that the parties shall report for this hearing as follows:

    Date:      _____

    Time:      _____

    Courtroom: _____

**SO ORDERED.**

_____          _____
Date                                                                    Richard J. Leon
                                                                                    United States District Judge

Copies to
Counsel via CM/ECF Notice.